**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District  Texas Eastern | |
|---|---|---|
| Name (under which you were convicted):  Joseph Ebron | Docket or Case No.:  1:08-cr-36 | |
| Place of Confinement:  USP-Florence-ADMAX | Prisoner No.:  08655-007 | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted)  Joseph Ebron | |
| v. | | |

**MOTION**

1:14CV0539

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

United States District Court for the Eastern District of Texas, Beaumont, Texas.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 27 2014
BY DAVID J MALAND, CLERK
DEPUTY

(b) Criminal docket or case number (if you know):  No. 1:08-cr-36

2.  (a) Date of the judgment of conviction (if you know):  5/11/2009

(b) Date of sentencing:  5/18/2009

3.  Length of sentence:  See attached for Question 2(b) and Question 3.

4.  Nature of crime (all counts):

See attached for Question 4.

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☑        (2)  Guilty ☐        (3)  Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ☑        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☑     No ☐

8. Did you appeal from the judgment of conviction?     Yes ☑     No ☐

9. If you did appeal, answer the following:

   (a) Name of court:   United States Court of Appeals for the Fifth Circuit

   (b) Docket or case number (if you know):   Docket Nos. 09-40544 and 10-40108

   (c) Result:   Affirmed the conviction and sentence

   (d) Date of result (if you know):   5/30/2012

   (e) Citation to the case (if you know):   United States v. Ebron, 683 F.3d 105 (5th Cir. 2012).

   (f) Grounds raised:

   See attached.

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☑   No ☐

      If "Yes," answer the following:

      (1) Docket or case number (if you know):   12-6956

      (2) Result:

      Denied the petition.

      (3) Date of result (if you know):   11/4/2013

      (4) Citation to the case (if you know):   Ebron v. United States, _ U.S. _, 134 S. Ct. 512 (2013)

      (5) Grounds raised:

      Dismissal of a holdout juror violates the constitutional right to a unanimous, uncoerced verdict, where questions asked of jurors about their complaints of a holdout juror's possible misconduct show a reasonable possibility that the jury's problems arise out of evidentiary disagreement; mistrial is necessary where juror interviews show a holdout juror thinks the government has failed to prove its case based on the evidence; and alternatively, alleged "lack of candor" and "extrinsic materials" misconduct must be material in order to be the basis of dismissal, where there is case-based disagreement among the jury.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:   U.S. District Court for the Eastern District of Texas

       (2) Docket or case number (if you know):   No. 1-08-cr-36

       (3) Date of filing (if you know):   10/21/2009

(4) Nature of the proceeding:   Motion for New Trial

(5) Grounds raised:

A juror was improperly discharged, in violation of his rights under the Fifth and Sixth Amendments; that juror's newly discovered affidavit supported the conclusion that dismissing her was erroneous; and newly discovered evidence, in the form of an exculpatory affidavit of one of Ebron's former co-defendants.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ✓

(7) Result:   No evidentiary hearing was held, and the court denied relief

(8) Date of result (if you know):  1/28/2010

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:   United States District Court for the Eastern District of Texas.

(2) Docket or case number (if you know):  No. 1-08-cr-36

(3) Date of filing (if you know):  5/11/2012

(4) Nature of the proceeding:  Second, sealed motion for a new trial

(5) Grounds raised:

Newly discovered evidence.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑   No ✓

(7) Result:   The court, under seal, denied the motion without a hearing

(8) Date of result (if you know):  6/18/2012

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ✓  No ❑

(2) Second petition:    Yes ❑   No ✓

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Unknown

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See attached for all answers to Question 12.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




GROUND TWO:


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

## GROUND THREE:

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❑    No ❑

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ❑    No ❑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏    No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏    No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏    No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

None of the grounds in this motion was previously raised in any federal court. Points I and II, and III involve ineffective-assistance claims that could not have been raised appropriately at trial or on direct appeal. Points III, IV, V, VI, and VII raise claims whose factual bases lie outside the record and thus could not have been raised on direct appeal. Point VIII accumulates errors that could not have been raised previously.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐  No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

See attached for Question 15 below.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

See attached for Questions 16 and 17 below.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☑ No ❑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☑ No ❑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❑   No ❑

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The motion is timely.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

Granting of Section 2255 Motion. See attached counseled petition.

or any other relief to which movant may be entitled.

/s/ Claudia Van Wyk

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on (month, date, year).

Executed (signed) on _____10/27/2014_____ (date).

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.