**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : |
| | : **Criminal Action** |
| | : **No. 1:08-cr-36-MAC-ESH-1** |
| | : **CAPITAL 2255 PROCEEDINGS** |
| **JOSEPH EBRON, Defendant.** | : **HON. MARCIA CRONE** |
| | : |
| | : 1:14cv539 |
| | : |

RECEIVED: **10/27/14**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**JOSEPH EBRON'S UNOPPOSED MOTION FOR LEAVE TO FILE
OVER-LENGTH MOTION TO VACATE, SET ASIDE,
OR CORRECT SENTENCE, PURSUANT TO 28 U.S.C. § 2255.**

Movant, Joseph Ebron, through undersigned counsel, respectfully moves for leave to file a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, in excess of the page limit established by the Local Rules of the Eastern District of Texas, Rule CV-3(b). The government does not oppose this motion. In support thereof, Mr. Ebron states the following:

1. Mr. Ebron is a death-sentenced federal prisoner.

2. On May 8, 2009, he was convicted, in this Court, of first-degree murder and conspiracy. This Court imposed death on count one on May 18, 2009.

3. On May 30, 2012, the Court of Appeals for the Fifth Circuit affirmed the conviction and sentence. *United States v. Ebron*, 683 F.3d 105 (5th Cir. 2012). The United States Supreme Court denied certiorari on November 4, 2013. *Ebron v. United States*, 134 S.Ct. 512 (2013).

4. Pursuant to Rule CV-3(b) of the Local Rules for the Eastern District of Texas, absent leave of court, 28 U.S.C. § 2255 petitions shall not exceed one hundred pages in death penalty cases.

5.      Undersigned counsel have uncovered substantial evidence supporting meritorious claims, which warrant an over-length filing which will not exceed one hundred forty pages.

6.      On October 21, 2014, undersigned counsel, Ms. Van Wyk, conferred with counsel for the Respondents, Assistant United States Attorney Joe Batte, who indicated that the Respondents have no objection to this request.

WHEREFORE, Mr. Ebron respectfully requests that this Court grant him permission to file an over-length 28 U.S.C. § 2255 petition, that will not exceed one hundred forty pages in length.

Respectfully Submitted,

/s/ Claudia Van Wyk                              /s/ Eric M. Albritton
**Claudia Van Wyk**                              **Eric M. Albritton**
**Billy H. Nolas**                               Texas Bar No. 00790215
FEDERAL COMMUNITY DEFENDER                       ALBRITTON LAW FIRM
OFFICE FOR THE EASTERN DISTRICT                  P.O. Box 2649
OF PENNSYLVANIA                                  Longview, Texas 75606
Suite 545W- The Curtis Center                    Phone: (903) 757-8449
601 Walnut Street                                Fax: (903) 758-7397
Philadelphia, PA 19106                           ema@emafirm.com
Phone: 215-928-0520
Fax: 215-928-0826
claudia_vanwyk@fd.org
billy_nolas@fd.org

Counsel for Defendant Joseph Ebron

October 27, 2014

## **<u>CERTIFICATE OF SERVICE</u>**

This will certify that, on today's date, this motion was served upon the United States,

AUSA Joseph Batte, by filing via CM/ECF.

<u>/s/ Claudia Van Wyk</u>
**Claudia Van Wyk**
**Billy H. Nolas**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W- The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
claudia_vanwyk@fd.org
billy_nolas@fd.org

Dated: October 27, 2014

## CERTIFICATE OF CONFERENCE

Undersigned counsel hereby certifies that she has complied with the meet and confer requirement in Local Rule CV-7(h).  Respondents have indicated that they do not oppose the instant motion.

/s/ Claudia Van Wyk
**Claudia Van Wyk**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W- The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
claudia_vanwyk@fd.org

Dated: October 27, 2014