**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL #1:08-CR-36** |
| | : | **CAPITAL CASE** |
| **JOSEPH EBRON,  Movant.** | : | |
| | : | 1:14cv539 |
| | : | |
| | : | |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR LEAVE TO FILE OVERLENGTH MOTION UNDER 28 U.S.C. § 2255**

Joseph Ebron having moved for leave to file an overlength Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, and the government having indicated that it has no opposition to the motion, and the Court having considered Mr. Ebron's arguments in support of his motion, it is hereby ORDERED that:

1.      Mr. Ebron's Motion for Leave to File an Overlength Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is GRANTED; and

2.      Mr. Ebron is hereby GRANTED leave to file a motion pursuant to 28 U.S.C. § 2255 of not more than one hundred forty (140) pages, exclusive of tables and certificates.