**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL #1:08-CR-36** |
| | : | **CAPITAL CASE** |
| **JOSEPH EBRON,  Movant.** | : | |
| | : | 1:14cv539 |
| | : | |
| | : | |

**ORDER GRANTING UNOPPOSED MOTION**

**TO STAY AND HOLD § 2255 PROCEEDINGS IN ABEYANCE**

Joseph Ebron having moved to stay and hold in abeyance the proceedings on his motion

pursuant to 28 U.S.C. § 2255, and the government having indicated that it has no opposition to

the motion, and the Court having considered Mr. Ebron's arguments in support, it is hereby

ORDERED that:

1.      The proceedings are STAYED and held in abeyance while Ebron litigates his post-conviction petition challenging his 1999 murder conviction in the Washington, D.C., courts;

2.      Counsel for Mr. Ebron shall notify this Court within 30 days of the conclusion of the proceedings in the Washington, D.C., courts.  At that time, the Court will lift the stay and set a schedule for the filing of any appropriate amendments, an appendix to the motion, a memorandum of law, and responsive pleadings by the government.