# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 1:08-CR-36** |
| **v.** | **:** | **CIVIL NO. _____** 1:14cv539 |
| | **:** | **THIS IS A CAPITAL CASE** |
| **JOSEPH EBRON, Defendant.** | **:** | |

**EXHIBIT 2 TO DEFENDANT JOSEPH EBRON'S**
**UNOPPOSED MOTIONTO STAY AND HOLD**
**§ 2255 PROCEEDINGS IN ABEYANCE**



FILED
SEP 2 5 2014
DISTRICT OF COLUMBIA
COURT OF APPEALS

# District of Columbia
# Court of Appeals

**No. 99-CF-145**

JOSEPH EBRON,

Appellant,

  v.                **1997 FEL 7123**

UNITED STATES,

Appellee.

BEFORE: Washington, Chief Judge, Thompson*, Associate Judge, and Farrell, Senior Judge.

## ORDER

On consideration of appellant's motion for leave to file the lodged motion to recall the mandate that exceeds the page limitations and the lodged appendix, and the notice of appellant, and it appearing that appellant presently has a D.C. Code § 23-110 motion pending in the trial court, and it further appearing that the trial court has indicated its intent to hold a hearing on the motion once this court resolves this matter, it is

ORDERED that the motion for leave to file is granted and the Clerk shall file the lodged motion to recall the mandate and the lodged appendix. Further, upon review of the motion to recall the mandate we conclude that the appellant has established a sufficient basis why he should not be procedurally barred from having the trial court consider his pending motion on the merits of his claims but that the mandate need not be recalled to provide appellant the relief he seeks. It is

No. 99-CF-145


FURTHER ORDERED that the motion to recall the mandate is denied, and the trial court shall consider appellant's pending motion on the merits of his claims.


PER CURIAM


\* Judge Thompson is replacing Judge Wagner who has retired.


Copies to:

Honorable John Mott

Stephen Riddell, Esquire
PO Box 42511
Washington, DC  20015

Billy Nolas, Esquire
The Curtis Center-Suite 545 West
Independence Square West
Philadelphia, PA  19016

Elizabeth Trosman, Esquire
Assistant U.S. Attorney

lerm