IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOSEPH EBRON, #08655-007            §

VS.                                §        CIVIL ACTION NO. 1:14cv539
                                             CRIM NO. 1:08CR00036-001
UNITED STATES OF AMERICA            §

O R D E R

Before the Court is Movant Joseph Ebron's unopposed motion for leave to file over-length motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (docket entry #3). The document in question is a memorandum in support of his § 2255 motion that is 147 pages in length (docket entry #2). He correctly noted that he must obtain authorization from the Court to file a § 2255 motion in excess of one hundred pages. Rule CV-3(b) of the Local Rules for the Eastern District of Texas. The Court is of the opinion that the request to file a memorandum that is 147 pages in length is reasonable.

Also pending before the Court is Mr. Ebron's unopposed motion to stay and hold § 2255 proceedings in abeyance (docket entry #4). In support of the motion, he noted that a major focus of the Government's penalty phase case in his trial was a prior conviction for murder in the Superior Court in Washington, D.C. He has newly available witnesses who have declared under penalty of perjury that he was not one of the shooters in the prior murder. The D.C. Court of Appeals has determined that the petition is not procedurally barred and has remanded the case for a determination of the merits of his claims. He argues that the Court should stay and abate the present proceedings while he litigates his claim in Washington, D.C. It is again noted that the Government does not oppose the motion, and this Court finds that it is reasonable. It is therefore

1

**ORDERED** that the unopposed motion for leave to file over-length motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (docket entry #3) is **GRANTED**. It is further

**ORDERED** that the Clerk of Court shall designate docket entry #2 as a memorandum in support of Ebron's § 2255 motion. It is further

**ORDERED** that the unopposed motion to stay and hold § 2255 proceedings in abeyance (docket entry #4) is **GRANTED**. It is finally

**ORDERED** that all proceedings in this case are **STAYED** while Mr. Ebron litigates his post-conviction petition challenging his 1999 murder conviction in the Superior Court in Washington, D.C. Counsel for Mr. Ebron shall notify this Court within thirty days of the conclusion of the proceedings in the courts in Washington, D.C. At that time, the Court will lift the stay and set a scheduling order for any appropriate amendments, an appendix to the motion, an amended memorandum of law, and responsive pleadings by the Government.

**SIGNED this the 29th day of October, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE

2