IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOSEPH EBRON, #08655-007           §

VS.                                §          CIVIL ACTION NO. 1:14cv539
                                              CRIM NO. 1:08CR00036-001
UNITED STATES OF AMERICA           §

O R D E R

On October 29, 2014, the Court granted Ebron's unopposed motion to stay and hold the present § 2255 proceedings in abeyance (docket entry #5). In seeking a stay, Ebron noted that a major focus of the Government's penalty phase case in his criminal case in this Court was a prior conviction for murder in the Superior Court of the District of Columbia. He asserted that he has newly available witnesses who have declared under penalty of perjury that he was not one of the shooters in the prior murder. The D.C. Court of Appeals determined that the petition is not procedurally barred and remanded the case for a determination of the merits of his claims. The present case was stayed during the pendency of the proceedings in the Superior Court of the District of Columbia. The proceedings are still pending in the Superior Court of the District of Columbia. There is no need for this matter to remain on this Court's active docket while Ebron challenges his prior conviction in the Superior Court of the District of Columbia; thus, this case should be both stayed and administratively closed. It is therefore

**ORDERED** that all proceedings in this case are **STAYED** and **ADMINISTRATIVELY CLOSED** while Ebron litigates his post-conviction challenge to his 1999 murder conviction in the Superior Court in Washington, D.C. Counsel for Mr. Ebron shall notify this Court within thirty days

1

of the conclusion of the proceedings in the courts in Washington, D.C.  At that time, the Court will lift the stay, return the case to the active docket, and set a scheduling order for any appropriate amendments, an appendix to the motion, an amended memorandum of law, and responsive pleadings by the Government.

**SIGNED this the 2nd day of April, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE