### IN THE UNITED STATES DISTRICT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal Action** |
| **v.** | **:** | **No. 1:08-cr-36-MAC-ESH-1** |
| | **:** | **CAPITAL 2255 PROCEEDINGS** |
| | **:** | **HON. MARCIA CRONE** |
| **JOSEPH EBRON,** | **:** | |
| | **:** | 1:14-cv539 |
| **Defendant.** | **:** | |

### WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Defendant, Joseph Ebron, in the captioned matter.

/s/ BILLY H. NOLAS
BILLY H. NOLAS
Federal Community Defender Office for the
 Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Billy_nolas@fd.org

Dated:  Philadelphia, PA
        June 2, 2015

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of June, 2015, I electronically filed the foregoing

document using the Court's EM/ECF system.  Electronic notice will be provided to the following

individuals:

> **Joseph R. Batte**
> Assistant United States Attorney
> United States Attorney's Office
>   for the Eastern District of Texas
> 350 Magnolia Street, Suite 150
> Beaumont, TX 77701
>
> **John A. Craft**
> Assistant United States Attorney
> United States Attorney's Office
>   for the Eastern District of Texas
> 350 Magnolia Street, Suite 150
> Beaumont, TX 77701

/s/ BILLY H. NOLAS
BILLY H. NOLAS