**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal Action** |
| **v.** | **:** | **No. 1:08-cr-36-MAC-ESH-1** |
| | **:** | **CAPITAL 2255 PROCEEDINGS** |
| | **:** | **HON. MARCIA CRONE** |
| **JOSEPH EBRON,** | **:** | |
| | **:** | 1:14cv539 |
| **Defendant.** | **:** | |

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of Defendant, Joseph Ebron, in the captioned matter.

/s/ JENNIFER CHICCARINO
JENNIFER CHICCARINO
Federal Community Defender Office for the
  Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Jennifer_Chiccarino@fd.org

Dated:  Philadelphia, PA
        June 2, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2015, I electronically filed the foregoing

document using the Court's EM/ECF system.  Electronic notice will be provided to the following

individuals:

**Joseph R. Batte**
Assistant United States Attorney
United States Attorney's Office
  for the Eastern District of Texas
350 Magnolia Street, Suite 150
Beaumont, TX 77701

**John A. Craft**
Assistant United States Attorney
United States Attorney's Office
  for the Eastern District of Texas
350 Magnolia Street, Suite 150
Beaumont, TX 77701


/s/JENNIFER CHICCARINO
JENNIFER CHICCARINO