IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOSEPH EBRON, #08655-007                    §

VS.                                         §        CIVIL ACTION NO. 1:14cv539
                                                     CRIM NO. 1:08CR00036-001
UNITED STATES OF AMERICA                    §

O R D E R

On April 2, 2015, the present cause of action was administratively closed while Ebron challenges a prior conviction in the Superior Court of the District of Columbia.  The Court has not heard anything further from the parties; thus, Ebron should provide the Court with periodic updates as to the status of litigation in the Superior Court of the District of Columbia.  It is therefore

**ORDERED** that counsel for Ebron shall file a status report concerning the progress of the proceedings challenging Ebron's prior conviction no later than May 1, 2017.  Thereafter counsel shall file status reports every six months while the case remains stayed and administratively closed.

**SIGNED this the 29th day of March, 2017.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE