# IN THE UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Action** |
| | **No. 1:14-cv-539** |
| **v.** | |
| | **CAPITAL 2255 PROCEEDINGS** |
| **JOSEPH EBRON,** | **HON. KEITH F. GIBLIN** |

## STATUS REPORT FOR MOVANT JOSEPH EBRON

Movant Joseph Ebron, through undersigned counsel, submits the following status report pursuant to the Court's order of March 29, 2017.

1.      Joseph Ebron was convicted of murder and conspiracy and sentenced to death on May 18, 2009.

2.      On October 27, 2014, he filed a petition to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255.  On October 29, 2014, this Court granted his unopposed motion to stay and hold the proceedings in abeyance to allow Mr. Ebron to litigate a post-conviction challenge to his prior murder conviction in Washington, D.C.  1:08-cr-36-MAC-ESH-1, ECF Doc. No. 5.  The prior murder

served as a basis for the Government's case in aggravation in Mr. Ebron's capital trial in this case.

3.      Proceedings continue on the post-conviction petition, which is docketed in the Washington, D.C., Superior Court under Docket Number 1997 Fel. 7123 (Mott, J.).  The Government is in the process of collecting information from other agencies in response to Mr. Ebron's discovery requests.

Respectfully submitted,

/s/ Claudia Van Wyk
Claudia Van Wyk
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Claudia_Van_Wyk@fd.org

Attorneys for Joseph Ebron

Dated:  October 31, 2017

# CERTIFICATE OF SERVICE

I, Claudia Van Wyk, hereby certify that on this date, I caused the foregoing

to be served on the following person by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
Email:  joe.batte@usdoj.gov

/s/ Claudia Van Wyk
Claudia Van Wyk

Dated:  October 31, 2017