IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON, | § | |
|     Petitioner | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:14CV539 |
| | § | CRIM. NO. 1:08CR36 |
| UNITED STATES OF AMERICA, | § | |
|     Respondent | § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States hereby designates the following Assistant United States

Attorney as co-counsel in this case for the Respondent, and respectfully requests that the

same be noted by the Clerk of the Court and that this attorney be added to the list of

counsel in this case to receive all future notices, orders, and filings via the Court's

CM/ECF system:

> Traci L. Kenner
> Assistant United States Attorney
> Texas Bar No. 11307070
> 110 North College, Suite 700
> Tyler, Texas 75702
> (903) 590-1400
> (903) 590-1439 (FAX)
> Traci.Kenner@usdoj.gov

**Notice of Attorney Appearance - Page 1**

Respectfully submitted,

ALAN R. JACKSON
UNITED STATES ATTORNEY

*/s/ Traci L. Kenner*
Traci L. Kenner
Assistant United States Attorney
Bar Card No. 11307070
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 facsimile
Traci.Kenner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all counsel of record on January 19, 2018.

/s/ *Traci L. Kenner*
Traci L. Kenner

**Notice of Attorney Appearance - Page 2**