IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM. NO. 1:08-CR-00036 |
| UNITED STATES OF AMERICA | § | |

## O R D E R

Movant Joseph Ebron was convicted of murder and conspiracy and sentenced to death on May 18, 2009. On October 27, 2014, he filed a petition to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255. On April 2, 2015, this Court granted Ebron's unopposed motion to stay and hold the proceedings in abeyance to allow Ebron to litigate a post-conviction challenge to his prior murder conviction in the Superior Court of Washington, D.C., Docket Number 1997 Fel. 7123 (Mott, J.). The prior murder served as a basis for the Government's case in aggravation in Ebron's capital trial in this case. The Court notes that this case has been stayed and closed for five years approximately. It is therefore

**ORDERED** that the stay is lifted, and the case is returned to the active docket. It is further

**ORDERED** that the parties shall file a special status report providing a progress report or explanation of the progression of Ebron's challenge in the Superior Court of the District of Columbia. The parties shall file their joint status report on or before July 30, 2020.

**SIGNED this the 28th day of May, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE