**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIV. NO. 1:14-cv-539** |
| | **CRIM. NO. 1:08-CR-00036** |
| **v.** | **CAPITAL 2255 PROCEEDINGS** |
| | **HON. KEITH F. GIBLIN** |
| **JOSEPH EBRON** | |

**JOINT STATUS REPORT**

Defendant-Movant Joseph Ebron and Respondent the United States, through undersigned counsel and in compliance with the Court's Order of May 28, 2020 (ECF No. 21), submit the following joint status report:

1.     Mr. Ebron was convicted of murder and formally sentenced to death in this Court on May 18, 2009.

2.     He moved to vacate the conviction and death sentence pursuant to 28 U.S.C. § 2255 on October 27, 2014 (ECF No. 2).  The Court stayed the § 2255 Motion and held it in abeyance on October 29, 2014 (ECF No. 5), to allow him to exhaust state remedies on a murder conviction in the District of Columbia that had served as an aggravating factor at his capital trial in this Court.

3.     In the District of Columbia case, Mr. Ebron was convicted of first-degree murder and other offenses and sentenced to an aggregate term of sixty-one

years, eight months, to life, on January 11, 1999.  In 2009, he filed a pro se petition

for post-conviction relief pursuant to D.C. Code § 23-110.  The Government

responded to the pro se motion and moved to dismiss, and the post-conviction

court eventually assigned counsel, but nothing further occurred until 2014, when

attorneys from the Federal Community Defender Office for the Eastern District of

Pennsylvania, Capital Habeas Unit (who also represent Mr. Ebron in this Court),

entered their appearance.  On July 3, 2014, Mr. Ebron moved to amend his

petition, responded to the Government's arguments, and moved for an evidentiary

hearing.  The amended petition alleged violations of *Brady v. Maryland*, 373 U.S.

83, 87 (1963), and ineffective assistance of trial and appellate counsel.

4.      The parties then engaged in substantial voluntary discovery.  In

response to correspondence from Mr. Ebron's counsel, which detailed grounds to

believe that the prosecution had not turned over extensive and potentially

exculpatory material at trial and that multiple local and federal law enforcement

agencies had generated materials relevant to his claims, counsel for the

Government undertook to review the prosecution files and request files from the

outside agencies.  This process took over a year.  At the last conference on the

record, Government counsel represented that he had one set of outside materials

ready for Mr. Ebron's counsel, and was waiting to find out if other outside

agencies would produce a set of additional materials.  The post-conviction court

2

then allowed the parties "additional time to work on resolving additional discovery issues."

5.      Subsequently, without the knowledge of Mr. Ebron's counsel, the Government's attorney retired and the judge took senior status.

6.      On May 28, 2020, this Court issued its Order vacating the stay and ordering counsel for Mr. Ebron and the United States to submit a status report by July 30, 2020, "providing a progress report or explanation of the progression of Ebron's challenge in the Superior Court of the District of Columbia."  ECF No. 21. Mr. Ebron's counsel contacted counsel for the Government in the D.C. case, and learned he had retired.  Mr. Ebron's counsel then moved for a status conference in the D.C. Superior Court, and a new judge, the Hon. Andrea Hertzfeld, assumed responsibility for the case.  Judge Hertzfeld held the status conference on July 21, 2020.  A new attorney for the Government was assigned the previous day.

7.      Judge Hertzfeld agreed to allow the newly assigned Government's attorney some time to familiarize herself with the case, and issued the following scheduling order (*see* Ex. A, attached):

- Within 30 days, counsel for the government shall advise Mr. Ebron's counsel if more discovery will be provided or if voluntary discovery is complete.  If more discovery will be provided, the parties will confer about a reasonable time for the government to obtain and turn it over, and will seek the Court's approval or assistance in setting a reasonable date.  The government will advise counsel for Mr. Ebron when voluntary discovery is complete.

- Within 30 days after the end of voluntary discovery, counsel for Mr. Ebron shall file a discovery motion, if necessary, for any materials requested informally and not provided, or shall advise the Court if no discovery motion will be filed.

- The government shall respond to any discovery motion within 30 days.

- Mr. Ebron shall reply to any government response within 14 days of the government's response.

- Within 30 days of the government's providing any court-ordered discovery, counsel for Mr. Ebron shall file any amendments to his pleadings.

8.      Judge Hertzfeld set a date for the next status conference on December 17, 2020.

9.      In an email message to undersigned counsel for Mr. Ebron on July 28, 2020, AUSA Joseph Batte indicated the Government's approval of the above status report.

Respectfully submitted,

/s/ Claudia Van Wyk
Claudia Van Wyk
Assistant Federal Defender
Federal Community Defender Office for
   the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
claudia_vanwyk@fd.org

Attorneys for Joseph Ebron

4

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
Email:  joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
 (903) 590-1400
traci.kenner@usdoj.gov

Attorneys for the United States

Dated:    July 29, 2020

## CERTIFICATE OF SERVICE

I, Claudia Van Wyk, hereby certify that on this date, I caused the foregoing

to be served on the following person by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Claudia Van Wyk
Claudia Van Wyk

Dated:  July 29, 2020