## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA )
                         )        **Case No. 1997 FEL 7123**
                **Plaintiff,** )
         **v.**              )
                         )        **Hon. Andrea Hertzfeld**
**JOSEPH EBRON,**            )
                         )        **(Closed Case)**
                **Defendant.** )

## ORDER

And now, this __21__ day of _July_____, it is hereby ORDERED that

the parties to this proceeding shall comply with the following schedule:

1.   Within 30 days, counsel for the government shall advise Mr. Ebron's counsel if more discovery will be provided or if voluntary discovery is complete.  If more discovery will be provided, the parties will confer about a reasonable time for the government to obtain and turn it over, and will seek the Court's approval or assistance in setting a reasonable date. The government will advise counsel for Mr. Ebron when voluntary discovery is complete.

2.   Within 30 days after the end of voluntary discovery, counsel for Mr. Ebron shall file a discovery motion, if necessary, for any materials requested informally and not provided, or shall advise the Court if no discovery motion will be filed.

3.   The government shall respond to any discovery motion within 30 days.

4.   Mr. Ebron shall reply to any government response within 14 days of the government's response.

5.   Within 30 days of the government's providing any court-ordered discovery, counsel for Mr. Ebron shall file any amendments to his pleadings.

_____

Andrea Hertzfeld
Associate Judge