IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH EBRON

CIV. NO. 1:14-cv-539
CRIM. NO. 1:08-CR-00036

CAPITAL 2255 PROCEEDINGS

HON. KEITH F. GIBLIN

STATUS REPORT

Joseph Ebron, through undersigned counsel, submits the following Status Report in compliance with the Court's Order of September 1, 2020:

1.      Mr. Ebron was convicted of murder and formally sentenced to death in this Court on May 18, 2009.

2.      He moved to vacate the conviction and death sentence pursuant to 28 U.S.C. § 2255 on October 27, 2014 (ECF No. 2).  The Court stayed the § 2255 Motion and held it in abeyance on October 29, 2014 (ECF No. 5), to allow him to exhaust state remedies on a murder conviction in the District of Columbia that had served as an aggravating factor at his capital trial in this Court.

3.      In the District of Columbia ("D.C.") case, Mr. Ebron was convicted of first-degree murder and other offenses and sentenced to an aggregate term of sixty-one years, eight months, to life, on January 11, 1999.  His amended petition for

post-conviction relief pursuant to D.C. Code § 23-110—which alleges violations of *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and ineffective assistance of trial and appellate counsel—is pending before the Honorable Andrea Hertzfeld. The parties have engaged in substantial voluntary discovery.

4. On May 28, 2020, this Court issued its Order vacating the stay and abeyance and ordering counsel for Mr. Ebron and the United States to submit a status report by July 30, 2020, "providing a progress report or explanation of the progression of Ebron's challenge in the Superior Court of the District of Columbia." ECF No. 21.

5. Judge Hertzfeld held a status conference on the D.C. case on July 21, 2020. A new attorney for the Government had been assigned the previous day. Because of the change of counsel, Judge Hertzfeld agreed to allow the newly assigned Government's attorney some time to familiarize herself with the case, and issued a scheduling order setting a date for counsel for the Government to file a written response to Mr. Ebron's outstanding voluntary discovery requests. She allowed thirty days after the end of voluntary discovery for counsel for Mr. Ebron to file a formal discovery motion, if necessary, and allowed further time for a Government response and Mr. Ebron's reply.

6. Counsel for Mr. Ebron and the Government filed a joint report in this Court explaining the status of the D.C. case in detail on July 29, 2020. ECF No.

22.  The Court then issued an order on August 31, 2020, staying and administratively closing this case and directing counsel for Mr. Ebron to notify the Court within thirty days of the conclusion of the D.C. proceedings.  The Court also ordered that Mr. Ebron file a status report no later than April 1, 2021, and every six months thereafter.

7.  Counsel for the Government in the D.C. case has represented that she has made substantial progress in reviewing the materials and determining what discovery is outstanding, but has sought and received extensions of time to complete that process and file a written response.  The Government's next due date is April 19, 2021, and the next status conference is on May 4, 2021.

Respectfully submitted,

/s/Claudia Van Wyk
Claudia Van Wyk
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Claudia_Van_Wyk@fd.org

Attorney for Joseph Ebron

Dated:  April 1, 2021

3

# CERTIFICATE OF SERVICE

I, Claudia Van Wyk, hereby certify that on this date, I caused the foregoing

to be served on the following person by ECF:


Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov


/s/ Claudia Van Wyk
Claudia Van Wyk


Dated:  April 1, 2021