# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOSEPH EBRON,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | **No. 1:14-CV-539** |
| v. | § | **Crim. No. 1:08-CR-00036** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| *Respondent.* | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

Joseph Ebron ("Ebron"), Petitioner in the above-entitled and numbered civil action, respectfully requests that Eric M. Albritton be permitted to withdraw as counsel of record for Mr. Ebron. Petitioner further requests that Eric M. Albritton be removed from the list of attorneys receiving CM/ECF notices for the above-entitled and numbered civil action. Petitioner will not suffer unfair prejudice because he will continue to be represented by the other counsel of record. Client and opposing counsel are unopposed to Petitioner's requested relief.

Dated: June 3, 2022                    Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 720-1097

*Counsel for Joseph Ebron*

## **CERTIFICATE OF CONFERENCE**

Jennifer Chiccarino, counsel for Petitioner, conferred with Mr. Ebron and opposing counsel and confirmed they were not opposed.

_(signature)_

Eric M. Albritton

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.1(e). As such, this document was served on all counsel by delivery of the notice of electronic filing that is automatically generated by ECF. Local Rule CV-5.1(d). Any counsel or parties not yet registered as an ECF user were served with a true and correct copy of the foregoing document by email or as specifically indicated below on June 3, 2022.

_(signature)_

Eric M. Albritton