# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

| | |
|---|---|
| **JOSEPH EBRON,** | § § § § |
| *Petitioner,* | § |
| | § **No. 1:14-CV-539** |
| **v.** | § **Crim. No. 1:08-CR-00036** |
| | § |
| **UNITED STATES OF AMERICA,** | § § |
| *Respondent.* | § |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

The Unopposed Motion to Withdraw Eric M. Albritton as Counsel for Petitioner shall be, and hereby is, GRANTED. Accordingly, the Clerk shall terminate Eric M. Albritton as counsel of record for Petitioner in the above-entitled and numbered civil action and discontinue CM/ECF notices to Eric M. Albritton.