## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOSEPH EBRON,** *Petitioner,* | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 1:14-CV-00539** |
| **UNITED STATES OF AMERICA,** *Respondent.* | § § § § | |

### ORDER GRANTING MOTION TO WITHDRAW

Before the court is Petitioner Ebron's Unopposed Motion to Withdraw as Counsel for Petitioner. (Doc. #26.) Ebron requests that Mr. Eric M. Albritton be permitted to withdraw as counsel of record. He volunteers that he will not be prejudiced if Mr. Albritton is permitted to withdraw as he will continue to be represented by his other counsel of record. Ms. Claudia VanWyk and Ms. Jennifer Louise Chiccarino are the other counsel of record for Ebron. As he has adequate and competent counsel to represent him, Ebron is requesting that Mr. Albritton be allowed to withdraw as attorney of record.

In light of all the circumstances, the motion has merit. It is accordingly

**ORDERED** that Petitioner Ebron's Unopposed Motion to Withdraw as Counsel for Petitioner (Doc. #26.) is **GRANTED**. The Clerk of Court is directed to terminate Mr. Eric Albritton as an attorney of record for Petitioner Ebron.

**SIGNED this the 16th day of June, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE