IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOSEPH EBRON, #08655-007                §

VS.                                     §                CIVIL ACTION NO. 1:14cv539
                                                         CRIM NO. 1:08CR00036-001
UNITED STATES OF AMERICA                §

ORDER

This case has been stayed and administratively closed off and on since 2014 to allow Movant Joseph Ebron to pursue a challenge to a previous murder conviction in the Superior Court of the District of Columbia.   This previous murder conviction served as an aggravating factor at his capital trial in the Eastern District of Texas, Criminal No. 1:08-cr-0036-001.   In his District of Columbia ("D.C.") case, Ebron was convicted of first-degree murder and other offenses and sentenced to an aggregate term of sixty-one years, eight months, to life, on January 11, 1999.   His amended petition for post-conviction relief pursuant to D.C. Code § 23-110 alleges violations of *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and ineffective assistance of trial and appellate counsel.

In the parties' April 1, 2022 status report (Doc. #25.), Ebron reported that in the D.C. case, the Superior Court held a status conference on November 22, 2021, and heard argument on Ebron's formal discovery motion on January 31, 2022.   The D.C. court then ordered the government to supply additional discovery by April 29, 2022, and Ebron to file an amended pleading by July 29, 2022.   The government's response is due on September 29, 2022.   A status conference is

1

scheduled for October 13, 2022, to determine whether the D.C. court will hold an evidentiary hearing.

The court notes that the parties' next status report for this action is due on or about October 1, 2022.   It is therefore

**ORDERED** that counsel for Ebron shall attach a complete copy of the docket sheet from his proceedings in the Superior Court of the District of Columbia to the parties' status report that is due on or about October 1, 2022, for the convenience of the court.

**SIGNED this the 17th day of June, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE