# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOSEPH EBRON,** | : | **CIV. NO. 1:14-cv-539** |
| | : | |
| **v.** | : | **CRIM. NO. 1:08-CR-00036** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Petitioner, Joseph Ebron, in the captioned matter.

/s/ ALEXANDER L. KURSMAN
ALEXANDER L. KURSMAN
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org

Dated:   September 19, 2022

## CERTIFICATE OF SERVICE

I, Alexander L. Kursman, hereby certify that on this date, I caused the

foregoing to be served on the following counsel by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Alexander L. Kursman
Alexander L. Kursman

Dated:  September 19, 2022