# Exhibit A

## 1997 FEL 007123 United States Vs. EBRON, JOSEPH R SGM

- Case Type:
- Felony
- Case Status:
- Closed
- File Date:
- 09/03/1997
- Action:
- 1ST DEG MURDER W/ARMED
- Status Date:
- 01/28/1998
- Next Event:
- 10/13/2022

**All Information**   **Party**   **Event**   **Docket**   **Disposition**

### Party Information

**EBRON, JOSEPH R**
**- Defendant (Criminal)**

- Disposition
  - 
- Disp Date
  - 

**Alias**

**Party Attorney**
- Attorney
- NOLAS, BILLY H H

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 08/27/2014 12:00 PM | Courtroom 221 | Status Hearing | Hearing Held | |
| 10/09/2014 11:00 AM | Courtroom 221 | Status Hearing | Hearing Vacated | |
| 10/22/2014 01:00 PM | Courtroom 221 | Status Hearing | Hearing Held | |
| 04/29/2015 11:00 AM | Courtroom 221 | Sanction Hearing | Hearing Vacated | |
| 07/23/2015 01:30 AM | Courtroom 517 | Status Hearing | Event Scheduled In Error | |
| 07/23/2015 01:30 PM | Courtroom 517 | Sanction Hearing | Hearing Vacated | |
| 07/23/2015 01:30 PM | Courtroom 517 | Status Hearing | Hearing Vacated | |
| 09/09/2015 11:00 AM | Courtroom 517 | Post Disposition Motion Hearing | Hearing Vacated | |
| 09/10/2015 03:30 PM | To Be Announced | Status Hearing | Hearing Vacated | |
| 09/10/2015 03:30 PM | Courtroom 517 | Status Hearing | Hearing Vacated | |
| 12/10/2015 12:00 PM | Courtroom 517 | Status Hearing | Hearing Held | |
| 04/29/2016 11:00 AM | Courtroom 517 | Status Hearing | Hearing Vacated | |
| 04/29/2016 11:00 AM | Courtroom 516 | Post Disposition Status Hearing | Hearing Vacated | |
| 09/09/2016 11:00 AM | Courtroom 516 | Post Disposition Status Hearing | Hearing Held | |
| 01/12/2017 11:00 AM | To Be Announced | Post Disposition Status Hearing | Event Scheduled In Error | |
| 01/12/2017 11:00 AM | Courtroom 516 | Post Disposition Status Hearing | Hearing Vacated | |
| 02/10/2017 11:00 AM | Courtroom 201 | Post Disposition Status Hearing | Hearing Held | |
| 05/12/2017 11:00 AM | Courtroom 201 | Post Disposition Status Hearing | Hearing Vacated | |
| 06/23/2017 11:00 AM | Courtroom 201 | Post Disposition Status Hearing | Hearing Vacated | |
| 07/21/2020 10:00 AM | Courtroom JM-14 | Post Disposition Status Hearing | Hearing Held | HERTZFELD, ANDREA L |
| 12/17/2020 10:30 AM | Courtroom JM-14 | Status Hearing | Hearing Vacated | HERTZFELD, ANDREA L |

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/01/2021 11:00 AM | Courtroom JM-14 | Status Hearing | Hearing Held | HERTZFELD, ANDREA L |
| 05/04/2021 11:30 AM | Courtroom JM-14 | Status Hearing | Hearing Vacated | HERTZFELD, ANDREA L |
| 06/23/2021 10:30 AM | Courtroom JM-14 | Status Hearing | Hearing Vacated | HERTZFELD, ANDREA L |
| 11/22/2021 10:00 AM | Courtroom JM-2 | Status Hearing | Hearing Held | HERTZFELD, ANDREA L |
| 01/31/2022 10:00 AM | Courtroom JM-2 | Motion Hearing | Hearing Held | HERTZFELD, ANDREA L |
| 02/01/2022 10:00 AM | Courtroom JM-2 | Motion Hearing | Hearing Vacated | HERTZFELD, ANDREA L |
| 10/13/2022 10:00 AM | Courtroom JM-2 | Status Hearing | | HERTZFELD, ANDREA L |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 09/02/1997 | Charge Filed<br>Charge #1: 1ST DEG MURDER W/ARMED | Image |
| 09/03/1997 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 01/28/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>CONTINUED: 2 3 4 5 6 7 8    CONT. DATE: 01-30-1998 FOR:<br>ARRAIGNMENT<br>GRAND JURY: 1<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 01/28/1998 | Indictment Filed | Image |
| 01/30/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>CONTINUED: 2 3 4 5 6 7 8    CONT. DATE: 02-27-1998 FOR:<br>STATUS HEARING<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 02/27/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>CONTINUED: 2 3 4 5 6 7 8    CONT. DATE: 06-08-1998 FOR:<br>JURYTRIAL<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 05/18/1998 | MOTION FILED BY: GOVERNMENT    TYPE: PRE-TRIAL<br>DESC: GOVT'S NOTICE OF INTENT TO SEEK ENHANCED PENALTIES<br>OPPOSITION FILED: 00-00-0000   HEARING DATE: 00-00-0000   DISP:    DISP DATE: 00-00-0000 | |
| 05/19/1998 | MOTION FILED BY: GOVERNMENT    TYPE: PRE-TRIAL<br>DESC: GOVT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE OF POSSESSION OF<br>INSTRUMENTALITY<br>OPPOSITION FILED: 10-07-1998   HEARING DATE: 00-00-0000   DISP:    DISP DATE: 00-00-0000 | |
| 06/01/1998 | MOTION FILED BY: DEFENSE    TYPE: PRE-TRIAL<br>DESC: MTN TO CONT TRIAL<br>OPPOSITION FILED: 06-01-1998   HEARING DATE: 00-00-0000   DISP:    DISP DATE: 00-00-0000 | |
| 06/08/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>CONTINUED: 2 3 4 5 6 7 8    CONT. DATE: 10-13-1998 FOR:<br>JURYTRIAL<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 10/07/1998 | MOTION FILED BY: DEFENSE    TYPE: PRE-TRIAL<br>DESC: MTN FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE MTNS<br>OPPOSITION FILED: 00-00-0000   HEARING DATE: 00-00-0000   DISP:    DISP DATE: 00-00-0000 | |
| 10/13/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 10/14/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 10/15/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 10/16/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |
| 10/19/1998 | JUDGE: CUSHENBERRY , HAROLD    DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)    99999999    BOND CASH PCT:    BOND ACTION CODE: | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 10/20/1998 | JUDGE: CUSHENBERRY , HAROLD     DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 10/21/1998 | JUDGE: CUSHENBERRY , HAROLD     DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 10/22/1998 | JUDGE: CUSHENBERRY , HAROLD     DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 10/23/1998 | JUDGE: CUSHENBERRY , HAROLD     DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 10/26/1998 | JUDGE: CUSHENBERRY , HAROLD     DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 10/27/1998 | JUDGE: CUSHENBERRY , HAROLD     DEFENSE ATTY: STEWART , ANTHONY<br>BOND STATUS: D.C. CODE 23-1325(A)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 10/28/1998 | JUDGE: MILLIKEN , STEPHEN     DEFENSE ATTY: STEWART , ANTHONY<br>CONTINUED: 2 3 4 5 6 7 8     CONT. DATE: 01-11-1999  FOR:<br>REPORT & SENTENCING<br>JUDGMENT: 2 4 3 5 6 7 8<br>BOND STATUS: DOCK (LOCK UP)     99999999   BOND CASH PCT:     BOND ACTION CODE: | |
| 01/11/1999 | JUDGE: MILLIKEN , STEPHEN     DEFENSE ATTY: STEWART , ANTHONY<br>SENTENCED: 2 3 4 5 6 7 8<br>BOND STATUS: DOCK (LOCK UP)     99999999   BOND CASH PCT:     BOND ACTION CODE:<br>COUNT: 2<br>TYPE:CONFINEMENT ONLY<br>CONFINEMENT: 020 M / 005 Y   CONF. SUSP:     /<br>COUNT: 3<br>TYPE:CONFINEMENT ONLY     COMMENT:MANDATORY MINIMUM APPLIES<br>CONFINEMENT: 030 Y / LIF E   CONF. SUSP:     /<br>COUNT: 4<br>TYPE:CONFINEMENT ONLY     COMMENT:MANDATORY MINIMUM APPLIES<br>CONFINEMENT: 015 Y / LIF E   CONF. SUSP:     /<br>COUNT: 5<br>TYPE:CONFINEMENT ONLY     COMMENT:MANDATORY MINIMUM APPLIES<br>CONFINEMENT: 005 Y / 015 Y   CONF. SUSP:     /<br>COUNT: 6<br>TYPE:CONFINEMENT ONLY     COMMENT:MANDATORY MINIMUM APPLIES<br>CONFINEMENT: 005 Y / 015 Y   CONF. SUSP:     /<br>COUNT: 7<br>TYPE:CONFINEMENT ONLY     COMMENT:MANDATORY MINIMUM APPLIES<br>CONFINEMENT: 020 M / 005 Y   CONF. SUSP:     /<br>COUNT: 8<br>TYPE:CONFINEMENT ONLY     COMMENT:MANDATORY MINIMUM APPLIES<br>CONFINEMENT: 020 M / 005 Y   CONF. SUSP:     / | |
| 01/11/1999 | Judgment and Commitment Order | Image |
| 08/17/1999 | MOTION FILED BY: DEFENSE     TYPE: OTHER<br>DESC: PRO SE MTN TO HAVE COUNSEL REMOVED FROM REPRESENTATION OF DEFT. IN   APPEAL FOR THE REASONS STATED HEREIN.<br>OPPOSITION FILED: 00-00-0000   HEARING DATE: 00-00-0000   DISP:     DISP DATE: 00-00-0000 | |
| 04/22/2004 | MOTION FILED BY: DEFENSE     TYPE: POST-TRIAL<br>DESC: DEFT'S RULE 35(A) AND (B) MTNS FOR CORRECTION, MODIFICATION AND     REDUCTION OF SENTENCES.  (COURT JACKET RETURNED TO J. MILLIKEN)<br>OPPOSITION FILED: 10-25-2004   HEARING DATE: 00-00-0000   DISP:     DISP DATE: 00-00-0000 | |
| 06/18/2004 | JUDGE: MILLIKEN , STEPHEN     DEFENSE ATTY: ,<br>COMMENT: AN APPEAL THAT WAS FILED ON FEB  8,99 WAS AFFIRMED ON  6/18/ 4 | |
| 06/25/2004 | MOTION FILED BY: GOVERNMENT     TYPE: PRE-TRIAL<br>DESC: U.S.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO     RESPOND TO DEF'S RULE 35 MOTION<br>OPPOSITION FILED: 00-00-0000   HEARING DATE: 00-00-0000   DISP: GRANTED     DISP DATE: 07-07-2004 | |
| 01/15/2006 | **CONVERTED RECEIPT HISTORY AS OF 2006-01-15**<br>2003-01-28:   RECEIPT #:  Z0434742<br>          AMOUNT:     $39.00<br>          CAN NUM:     4668<br>          TENDER:     Check<br>          CHECK #:   7704<br>          FROM:     EBRON, JOSEPH<br><br>2003-01-07:   RECEIPT #:  Z0425290<br>          AMOUNT:     $155.00<br>          CAN NUM:     4668 | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|

```
                TENDER:    Check
                CHECK #:   6499
                FROM:      EBRON, JOSEPH

   2002-12-09:   RECEIPT #:  Z0413556
                AMOUNT:    $75.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   1455
                FROM:      EBRON, JOSEPH

   2002-10-22:   RECEIPT #:  Z0393829
                AMOUNT:    $68.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   4472
                FROM:      EBRON, JOSEPH

   2002-09-21:   RECEIPT #:  Z0381440
                AMOUNT:    $75.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   9746
                FROM:      EBRON, JOSEPH

   2002-08-14:   RECEIPT #:  Z0364972
                AMOUNT:    $59.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   3520
                FROM:      EBRON, JOSEPH

   2002-07-23:   RECEIPT #:  Z0355400
                AMOUNT:    $50.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   8304
                FROM:      EBRON, JOSEPH

   2002-06-24:   RECEIPT #:  Z0343635
                AMOUNT:    $56.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   2303
                FROM:      EBRON, JOSEPH

   2002-05-15:   RECEIPT #:  Z0327502
                AMOUNT:    $56.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   5097
                FROM:      EBRON, JOSEPH

   2002-04-17:   RECEIPT #:  Z0319359
                AMOUNT:    $53.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   8839
                FROM:      EBRON, JOSEPH

   2002-03-15:   RECEIPT #:  Z0307348
                AMOUNT:    $31.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   4423
                FROM:      EBRON, JOSEPH

   2002-02-27:   RECEIPT #:  Z0300458
                AMOUNT:    $33.00
                CAN NUM:   4668
                TENDER:    Check
                CHECK #:   1405
                FROM:      EBRON, JOSEPH

   2002-01-03:   RECEIPT #:  Z0278559
                AMOUNT:    $25.00
                CAN NUM:   4668
                TENDER:    Check
```

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| | CHECK #:    4369<br>FROM:       EBRON, JOSEPH<br><br>2001-11-13:    RECEIPT #:   Z0259547<br>AMOUNT:      $25.00<br>CAN NUM:    4668<br>TENDER:      Check<br>CHECK #:    9653<br>FROM:       EBRON, JOSEPH | |
| 01/22/2009 | Movant's Response as to Why the Motion Should Not be Barred Under Rule 9(b) Filed<br>Attorney: PRO SE (999999) | Image |
| 01/22/2009 | 23-110 Motion Filed<br>Attorney: PRO SE (999999) | Image |
| 01/27/2009 | Order Entered on the Docket- 1-Page Order that the Government respond to the Motion no later than 60 days from the date of this order, signed by Judge Mott and filed on 1/27/09.  Copies mailed to AUSA and Defendant. dmp/JAA | Image |
| 03/30/2009 | US Opposition to Defendant's Motion Pursuant to DC Code 23-110 Filed<br>Attorney: TAYLOR, JEFFREY A (498610) | Image |
| 10/16/2009 | Order Entered on the Docket - 1 page order the govt. respond with in 30 days to def.'s Response as to Why the Motion Should not Be Barred Under Rule 9(b).  Signed by Judge Mott in chambers on 10-16-09. LF/LC | Image |
| 10/30/2009 | United States Response to the Courts October 16, 2009 Order Filed:<br>Attorney: OKUN, Mr ROBERT D D (457078) | Image |
| 11/23/2009 | Pro Se Motion Asking for Appointment of Counsel from this Precious Court Filed<br>Attorney: PRO SE (999999) | Image |
| 12/01/2009 | Order Entered on the Docket- 2-Page Order the appointment of Stephen Riddell as counsel for defendant and that defendant respond to the Government's Response to the Court's October 16, 2009 order in a timely manner, signed by Judge Mott and filed on 12/01/09.  Copies mailed to AUSA, Defense Counsel and Defendant. dmp/JAA | Image |
| 12/01/2009 | Attorney Appointed/ CJA<br>Attorney RIDDELL, Mr STEPHEN W representing Defendant (Criminal) EBRON, JOSEPH R as of 12/01/2009 | Image |
| 05/15/2013 | Defendant's Notice of Filing<br>Attorney: RIDDELL, Mr STEPHEN W (357756) | Image |
| 08/27/2013 | Order Denying Motion Entered on the Docket - 4-page Order denying defendant's pro se 23-110 motion, signed by Judge Mott and filed on 08/27/13.  Copies mailed to AUSA and Defendant.  dmp/JAA | Image |
| 07/07/2014 | Motion to Amend and for an Evidentiary Hearing and Consolidated Reply to Government's Responses  Filed:<br>Attorney: RIDDELL, Mr STEPHEN W (357756)<br>Attorney: NOLAS, Mr BILLY H H (399275) | Image |
| 07/07/2014 | Attorney Appointed<br>Attorney NOLAS, Mr BILLY H H representing Defendant (Criminal) EBRON, JOSEPH R as of 07/07/2014 | Image |
| 07/07/2014 | Attorney Dismissed<br>Attorney RIDDELL, Mr STEPHEN W dismissed/withdrawn for  EBRON, JOSEPH R on 07/07/2014 | |
| 07/09/2014 | Appendix to Petitioner's Motion to Amend and for an Evidentiary Hearing and Consolidated Reply to Government's Responses - Waiting for E-Copy<br>Attorney: RIDDELL, Mr STEPHEN W (357756)<br>Attorney: NOLAS, Mr BILLY H H (399275) | Image |
| 07/11/2014 | Petitioner's Motion to Vacate This Court's August 29, 2013 Order Which Denied Peitioner's Pro Se 23-110 Motion.<br>Attorney: NOLAS, Mr BILLY H H (399275) | Image |
| 07/15/2014 | Correspondence Filed/Received - Motion to Vacate This Court's August 29, 2013 Order<br>Attorney: NOLAS, Mr BILLY H H (399275) | Image |
| 07/18/2014 | Notice of Government's Position on Petitioner's Motion to Vacate<br>Attorney: NOLAS, Mr BILLY H H (399275) | Image |
| 08/22/2014 | Event Scheduled<br>Event: Status Hearing<br>Date: 08/27/2014    Time: 12:00 pm<br>Judge: MOTT, JOHN M    Location: Courtroom 221 | |

Case Details - District of Columbia Superior Court

| Date | Docket Text | Image Avail. |
|---|---|---|
| 08/27/2014 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 08/27/2014 at 12:00 pm has been resulted as follows:<br><br>Result: Hearing Held. Courtsmart. Courtroom 221. Atty. Nolas, Atty. Van-Wyk, Atty. Riddell and atty. Delia available by phone. Court will ask the court of appeals to return the case back to him. Court advised the parties if that happens the only issue in front of him is defendant 23-10 Motion to vacate his conviction and grant a new trial on the grounds of ineffective assistance of counsel. Attorney Riddell has WITHDRAWN as counsel for the defendant and was GRANTED by Judge Mott in open court. Status hearing set for 10/9/2014@ 11:00am. All parties can be available by phone at the next hearing. sa<br>Judge: MOTT, JOHN M   Location: Courtroom 221<br>Mr BILLY H H NOLAS (Attorney) on behalf of JOSEPH R EBRON (Defendant (Criminal)); Mr STEPHEN W RIDDELL (Attorney) on behalf of JOSEPH R EBRON (Defendant (Criminal))<br> Participant(s): Judge JOHN M MOTT on behalf of Judge STEPHEN G MILLIKEN | |
| 08/27/2014 | Event Scheduled<br>Event: Status Hearing<br>Date: 10/09/2014  Time: 11:00 am<br>Judge: MOTT, JOHN M   Location: Courtroom 221 | |
| 10/06/2014 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 10/09/2014 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M   Location: Courtroom 221 | |
| 10/06/2014 | Event Scheduled<br><br>The following event: Status Hearing scheduled for 10/09/2014 at 11:00 am has been rescheduled as follows:<br><br>Event: Status Hearing<br>Date: 10/22/2014  Time: 1:00 pm<br>Judge: MOTT, JOHN M   Location: Courtroom 221 | |
| 10/22/2014 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 10/22/2014 at 1:00 pm has been resulted as follows:<br><br>Result: Hearing Held (Courtsmart) Attorney Nolas and Attorney Van-Wyk for defendant and AUSA Delia present via-telephone. Ms. Van-Wyk represents she sent a letter to Chambers dated 10/6/14. By Oral Order of Judge Mott: The Order issued on 8/29/13 is hereby VACATED, for the reasons stated on the record. Counsel set a time frame to exchange Discovery before the next hearing. Status Hearing set for 4/29/14 at 11:00am.<br>Judge: MOTT, JOHN M   Location: Courtroom 221 | |
| 10/22/2014 | By Oral Order of Judge Mott: The Order issued on 8/29/13 is hereby VACATED, for the reasons stated on the record.<br>Entered on the Docket | |
| 10/22/2014 | Event Scheduled<br>Event: Sanction Hearing<br>Date: 04/29/2015  Time: 11:00 am<br>Judge: MOTT, JOHN M   Location: Courtroom 221 | |
| 02/05/2015 | United States' Unopposed Motion for a 45 - Day Extension of Time for the Parties to Reach Agreement on Discovery Issues<br>Attorney: MACHEN, Mr RONALD C (447889) | Image |
| 02/11/2015 | Order Granting Motion Entered on the Docket- 1-page Order Granting Government's Unopposed Motion for a 45-Day Extension of Time for the Parties to Reach Agreement on Discovery Issues, signed by Judge Mott and filed on 02/10/15. Copies mailed to AUSA Delia and Defense Counsel. dmp/JAA | Image |
| 03/23/2015 | United States' Unopposed Motion for a Four-Week Exension of Time for the Parties to Reach Agreement on Discovery Issues.<br>Attorney: DELIA, Mr BERNARD J (353417) | Image |
| 04/28/2015 | Order Granting the United States' Unopposed Motion For a Four-Week Extenson of Time For The Parties to Reach Agreement on Discovery Issues Entered on the Docket, signed by Judge Mott in chambers. Copies mailed to AUSA and Defense counsel. dmp/JAA Time is extended until July 6, 2015. | Image |
| 04/28/2015 | Event Scheduled<br><br>The following event: Sanction Hearing scheduled for 04/29/2015 at 11:00 am has been rescheduled as follows:<br><br>Event: Sanction Hearing<br>Date: 07/23/2015  Time: 1:30 pm<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 04/28/2015 | Event Scheduled<br><br>The following event: Sanction Hearing scheduled for 07/23/2015 at 1:30 pm has been rescheduled as follows:<br><br>Event: Status Hearing<br>Date: 07/23/2015   Time: 1:30 am<br>Judge: MOTT, JOHN M   Location: Courtroom 517<br><br>rescheduled to July 23, 2015 @ 1:30 PM | |
| 06/04/2015 | Praecipe for Permission to Appear Pro Hac Vice.<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 06/04/2015 | Withdrawal of Appearance<br>Attorney: NOLAS, Mr BILLY H H (399275) | Image |
| 06/19/2015 | Order Granting Praecipe for Permission to Appear Pro Hac Vice, withdraw appearance of bill Nolas and enter appearance of Timothy Kane on behalf of defendant Joseph Ebron Entered on the Docket, signed by Judge Mott in chambers, docketed, filed and served on 06/19/15.  dmp/JAA | Image |
| 06/23/2015 | Event Scheduled<br>Event: Post Disposition Motion Hearing<br>Date: 09/09/2015   Time: 11:00 am<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |
| 06/23/2015 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 07/23/2015 at 1:30 pm has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |
| 08/07/2015 | United States' Unopposed Motion for a 60-Day Extension of Time to Complete Consensual Discovery Filed.<br>Attorney: COHEN JR, Mr VINCENT H (471489) | Image |
| 08/12/2015 | Correspondence Filed/Received/Sent/ Request Processed on 08/1/2015/lc | Image |
| 08/18/2015 | Order Granting Government's Unopposed Motion For a 60-Day Exension of Time to Complete Consensual Discovery Entered on the Docket, signed by Judge Mott in chambers on 08/17/15, docketed, filed and served on the parties.  dmp/JAA | Image |
| 08/26/2015 | Event Resulted - Release Status:<br>The following event: Post Disposition Motion Hearing scheduled for 09/09/2015 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |
| 08/26/2015 | Event Scheduled<br>Event: Status Hearing<br>Date: 09/10/2015   Time: 3:30 pm<br>Judge: MILLIKEN, STEPHEN G   Location: To Be Announced | |
| 08/26/2015 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 09/10/2015 at 3:30 pm has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MILLIKEN, STEPHEN G   Location: To Be Announced | |
| 08/26/2015 | Event Scheduled<br><br>The following event: Status Hearing scheduled for 09/10/2015 at 3:30 pm has been rescheduled as follows:<br><br>Event: Status Hearing<br>Date: 09/10/2015   Time: 3:30 pm<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |
| 09/08/2015 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 09/10/2015 at 3:30 pm has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |
| 09/08/2015 | Event Scheduled<br><br>The following event: Status Hearing scheduled for 09/10/2015 at 3:30 pm has been rescheduled as follows:<br><br>Event: Status Hearing<br>Date: 12/10/2015   Time: 12:00 pm<br>Judge: MOTT, JOHN M   Location: Courtroom 517 | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 12/10/2015 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 12/10/2015 at 12:00 pm has been resulted as follows:<br><br>Result: Hearing Held. Courtsmart. Courtroom 517. Ausa Mr. Delaya present and Ms. Vanwick available by phone. Preliminary issues were discussed. Case continues 4/29/2016@ 11:00am. sa<br>Judge: MOTT, JOHN M    Location: Courtroom 517<br> Participant(s): Judge JOHN M MOTT on behalf of Judge STEPHEN G MILLIKEN | |
| 12/10/2015 | Event Scheduled<br>Event: Status Hearing<br>Date: 04/29/2016    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 517 | |
| 03/24/2016 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 04/29/2016 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M    Location: Courtroom 517 | |
| 03/24/2016 | Event Scheduled<br>Event: Post Disposition Status Hearing<br>Date: 04/29/2016    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 516 | |
| 04/28/2016 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 04/29/2016 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M    Location: Courtroom 516<br><br>Chambers contacted parties by email.  AUSA Bernard Delia requested additional time.  Hearing continued with consent of counsel to September 9, 2016. | |
| 04/28/2016 | Event Scheduled<br>Event: Post Disposition Status Hearing<br>Date: 09/09/2016    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 516<br><br>Date chosen with consent of counsel. | |
| 09/09/2016 | Event Scheduled<br>Event: Post Disposition Status Hearing<br>Date: 01/12/2017    Time: 11:00 am<br>Judge: MILLIKEN, STEPHEN G    Location: To Be Announced | |
| 09/09/2016 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 01/12/2017 at 11:00 am has been resulted as follows:<br><br>Result: Event Scheduled In Error<br>Judge: MILLIKEN, STEPHEN G    Location: To Be Announced | |
| 09/09/2016 | Event Scheduled<br><br>The following event: Post Disposition Status Hearing scheduled for 01/12/2017 at 11:00 am has been rescheduled as follows:<br><br>Event: Post Disposition Status Hearing<br>Date: 01/12/2017    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 516 | |
| 09/09/2016 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 09/09/2016 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Held. Courtsmart. Courtroom 516. Ausa atty. Delia present and defense counsel atty. Vanwyk and atty. Cane available by phone. Defense counsel will continue to do discovery. Parties will submit to chambers a status report by 11/4/2016. Post disposition hearing set for 1/12/2017@ 11:00am. sa<br>Judge: MOTT, JOHN M    Location: Courtroom 516<br> Participant(s): Judge JOHN M MOTT on behalf of Judge STEPHEN G MILLIKEN | |
| 11/04/2016 | United States' Unopposed Motion For A 21 Day Extension of Time To File A Joint Report on Discovery Efforts<br><br>Attorney: PHILLIPS, CHANNING D (415793) | Image |
| 11/08/2016 | Order Granting Unopposed Motion for a 21-Day Extension of Time to File a Joint Report on Discovery Efforts Entered on the Docket.  Siigned by Judge Mott in chambers on November 7, 2016, docketed, efiled and eserved on November 8, 2016.  dmp/JAA | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 11/08/2016 | Order Granting Motion Entered on the Docket// See Description Below | Image |
| 11/25/2016 | Response to Motion Filed: | Image |
| 01/06/2017 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 01/12/2017 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M    Location: Courtroom 516 | |
| 01/06/2017 | Event Scheduled<br><br>The following event: Post Disposition Status Hearing scheduled for 01/12/2017 at 11:00 am has been rescheduled as follows:<br><br>Event: Post Disposition Status Hearing<br>Date: 02/10/2017    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 201 | |
| 01/24/2017 | Status Report<br>Attorney: PHILLIPS, CHANNING D (415793) | Image |
| 02/10/2017 | Event Scheduled<br>Event: Post Disposition Status Hearing<br>Date: 05/12/2017    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 201 | |
| 02/10/2017 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 02/10/2017 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Held. Courtsmart. Courtroom 201. AUSA Attorney Bernard Delia was present in open court. Defense Attorneys Claudia VanWykes and Tim Kaine both were present via telephone. Attorney Bernard Delia will set up an arrangement to send the additional materials to Attorney Claudia VanWkyes. Post disposition hearing is scheduled for May 12, 2017 at 11:00 a.m. E.M.<br>Judge: MOTT, JOHN M    Location: Courtroom 201 | |
| 05/11/2017 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 05/12/2017 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M    Location: Courtroom 201 | |
| 05/11/2017 | Event Scheduled<br><br>The following event: Post Disposition Status Hearing scheduled for 05/12/2017 at 11:00 am has been rescheduled as follows:<br><br>Event: Post Disposition Status Hearing<br>Date: 06/23/2017    Time: 11:00 am<br>Judge: MOTT, JOHN M    Location: Courtroom 201<br><br>Status hearing rescheduled at request of counsel for both parties. Government counsel represnted that the parties require additional time to work on resolving continuing discovery issues. | |
| 06/20/2017 | Event Resulted - Release Status:<br>The following event: Post Disposition Status Hearing scheduled for 06/23/2017 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: MOTT, JOHN M    Location: Courtroom 201 | |
| 06/26/2020 | Motion for Status Conference<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 07/10/2020 | Order Granting Motion Entered on the Docket<br>(See description below dated 07/10/2020) | Image |
| 07/10/2020 | Event Scheduled<br>Event: Post Disposition Status Hearing<br>Date: 07/21/2020    Time: 10:00 am<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14 | |
| 07/20/2020 | Notice of Filing: Proposed Scheduling Order.<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 07/21/2020 | Order Entered on the Docket (see order description dated 7.20.20) | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 07/21/2020 | Event Resulted - Release Status: All parties present. Defendant's presence waived. Status continued to 12/17/2020 at 10:30am.<br>The following event: Post Disposition Status Hearing scheduled for 07/21/2020 at 10:00 am has been resulted as follows:<br><br>Result: Hearing Held.<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14<br> Participant(s): Judge ANDREA L HERTZFELD on behalf of Judge STEPHEN G MILLIKEN | |
| 07/21/2020 | Event Scheduled<br>Event: Status Hearing<br>Date: 12/17/2020   Time: 10:30 am<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14 | |
| 08/20/2020 | Motion for Extension of Time to File Its Response to the Court's Order Concerning Consensual Discovery Relating to the Defendant's Pending D.C.Code 23-110 Motion.<br>Attorney: SHERWIN, MICHAEL (4444188) | Image |
| 11/17/2020 | United States' Unopposed Motion for Extension of Time to File Its Response to the Court's Order Concerning Consensual Discovery Relating to the Defendant's Pending D.C. Code 23-110 Motion.<br>Attorney: SHERWIN, MICHAEL (4444188) | Image |
| 11/19/2020 | Order Granting Motion Entered on the Docket. Order Granting Government's Motion to Extend Time to Respond. eFiled and eServed on Parties 11/19/2020. djp | |
| 11/19/2020 | Order Granting Motion Entered on the Docket (see order description dated 11.19.20) | Image |
| 12/09/2020 | Event Scheduled<br>Event: Status Hearing<br>Date: 03/01/2021   Time: 11:00 am<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14 | |
| 12/09/2020 | Order Entered on the Docket. Order Continuing Status Hearing. eFiled and eServed on Parties 12/9/2020. djp | |
| 12/09/2020 | Order Entered on the Docket (see order description dated 12.9.20) | Image |
| 02/05/2021 | United States Unopposed Motion to Extend Filed:<br>Attorney: SHERWIN, MICHAEL (4444188) | Image |
| 02/19/2021 | Notice of Filing:<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 02/19/2021 | Order Granting Motion Entered on the Docket. Order Granting Gov't's Requests to Extend Time to File. eFiled and eServed on Parties 2/19/21. djp | |
| 02/19/2021 | Order Granting Motion Entered on the Docket | Image |
| 03/01/2021 | Event Scheduled<br>Event: Status Hearing<br>Date: 05/04/2021   Time: 11:30 am<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14 | |
| 03/01/2021 | Event Resulted - Release Status: Defendant not present. Attorney Satterwhite, Kane and Van Wyk present. Status scheduled for 5/4/2021 at 11:30 am.<br>The following event: Status Hearing scheduled for 03/01/2021 at 11:00 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14<br> Participant(s): Judge ANDREA L HERTZFELD on behalf of Judge STEPHEN G MILLIKEN | |
| 04/16/2021 | Motion to Extend Filed:<br>Attorney: PHILLIPS, CHANNING D (415793) | Image |
| 04/19/2021 | Order Entered on the Docket. Order to Extend Time to Respond to 6/18/21. eFiled and eServed on parties 4/19/21. djp | |
| 04/19/2021 | Order Entered on the Docket  (See description below dated 04.19.21) | Image |
| 05/04/2021 | Event Scheduled<br>Event: Status Hearing<br>Date: 06/23/2021   Time: 10:30 am<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14 | |
| 05/04/2021 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 05/04/2021 at 11:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: HERTZFELD, ANDREA L    Location: Courtroom JM-14 | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 06/21/2021 | Response to Motion Filed:<br>Attorney: PHILLIPS, CHANNING D (415793) | Image |
| 06/22/2021 | Event Scheduled<br>Event: Status Hearing<br>Date: 11/22/2021   Time: 10:00 am<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2 | |
| 06/22/2021 | Order Entered on the Docket. Briefing Schedule. eFiled and eServed on Parties 6/22/21. djp | |
| 06/22/2021 | Order Entered on the Docket | Image |
| 08/23/2021 | Motion for Discovery.<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 08/24/2021 | Notice of Filing:<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 11/01/2021 | Motion for Leave to Late File Its Response to the Defendant's Motion for Discovery.<br>Attorney: PHILLIPS, CHANNING D (415793) | Image |
| 11/02/2021 | Order signed by Judge Hertzfeld Entered on the Docket and emailed to the parties.<br><br>JPG | |
| 11/02/2021 | Order Entered on the Docket (see order description dated 11.2.21) | Image |
| 11/22/2021 | Event Scheduled<br>Event: Motion Hearing<br>Date: 01/31/2022   Time: 10:00 am<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2 | |
| 11/22/2021 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 11/22/2021 at 10:00 am has been resulted as follows:<br><br>Result: Hearing Held. All parties present. Motions hearing 1/31/2022 at 10am - 4:45pm.<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2<br> Participant(s): Judge ANDREA L HERTZFELD on behalf of Judge STEPHEN G MILLIKEN | |
| 01/05/2022 | Event Scheduled<br>Event: Motion Hearing<br>Date: 02/01/2022   Time: 10:00 am<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2 | |
| 01/28/2022 | Order allowing, post hoc, DOJ to share certain Grand Jury information with the defense signed by Judge Hertzfeld and entered on the docket. order emailed to the parties. JPG. | |
| 01/28/2022 | Order Entered on the Docket  (see description below dated 01/28/22) | Image |
| 01/31/2022 | Event Scheduled<br>Event: Status Hearing<br>Date: 10/13/2022   Time: 10:00 am<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2 | |
| 01/31/2022 | Event Resulted - Release Status:<br>The following event: Motion Hearing scheduled for 01/31/2022 at 10:00 am has been resulted as follows:<br><br>Result: Hearing Held. Attorneys present. Defendant's presence waived. Motions hearing held. Status scheduled for 10/13 at 10a.<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2<br> Participant(s): Judge ANDREA L HERTZFELD on behalf of Judge STEPHEN G MILLIKEN | |
| 01/31/2022 | Event Resulted - Release Status:<br>The following event: Motion Hearing scheduled for 02/01/2022 at 10:00 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: HERTZFELD, ANDREA L   Location: Courtroom JM-2 | |
| 04/27/2022 | United States's Unopposed Motion for Extension of Time to File Its Response to the Court's Rulings on January 31, 2022 Concernerning the Defendant's Request for Discovery.<br>Attorney: GRAVES, Mr MATTHEW M (481052) | Image |
| 04/28/2022 | Order granting DOJ motion to extend filing deadline signed by Judge Hertzfeld and entered on the docket. Order emailed to parties. jpg | |
| 04/28/2022 | Order Entered on the Docket<br>see order description below | Image |
| 06/16/2022 | Notice of Filing:<br>Attorney: GRAVES, Mr MATTHEW M (481052) | Image |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 07/22/2022 | Motion to Extend Filed:<br>Attorney: KANE, TIMOTHY P (500660) | Image |
| 09/27/2022 | Petitioner's Amended 23-110 Petition<br>Attorney: KANE, TIMOTHY P (500660) | Image |

**Case Disposition**

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Guilty-Jury Trial | 10/28/1998 | |