IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON, #08655-007 | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM NO. 1:08CR00036-001 |
| UNITED STATES OF AMERICA | § | |

ORDER

This case has been stayed and administratively closed off and on since 2014 to allow Movant Joseph Ebron to pursue a challenge to a previous murder conviction in the Superior Court of the District of Columbia.   This previous murder conviction served as an aggravating factor at his capital trial in the Eastern District of Texas, Criminal No. 1:08-cr-0036-001.   In his District of Columbia ("D.C.") case, Ebron was convicted of first-degree murder and other offenses and sentenced to an aggregate term of sixty-one years, eight months, to life, on January 11, 1999.   His amended petition for post-conviction relief pursuant to D.C. Code § 23-110 alleges violations of *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and ineffective assistance of appellate counsel.

In the parties' April 1, 2024 status report (Doc. #33.), Ebron reported that in the D.C. case, the Government filed a response in opposition to his amended § 23-110 motion on September 14, 2023. Ebron filed a reply to the Government's response on December 13, 2023.   In the interest of better monitoring the case before this court, it is

**ORDERED** that counsel for Ebron shall submit a complete copy of the current docket sheet from his proceedings in the Superior Court of the District of Columbia to an Advisory to the Court within 30 days from the receipt of this Order.

**SIGNED this the 2nd day of April, 2024.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE