**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIV. NO. 1:14-cv-539** |
| | **CRIM. NO. 1:08-CR-00036** |
| **v.** | **CAPITAL 2255 PROCEEDINGS** |
| | **HON. CHRISTINE L. STETSON** |
| **JOSEPH EBRON** | |

**STATUS REPORT**

Joseph Ebron, through undersigned counsel, submits the following Status Report:

1.    Mr. Ebron was convicted of murder and formally sentenced to death in this Court on May 18, 2009.

2.    He moved to vacate the conviction and death sentence pursuant to 28 U.S.C. § 2255 on October 27, 2014 (ECF No. 2). The Court stayed the § 2255 Motion and held it in abeyance (ECF No. 5), to allow him to exhaust state remedies on a murder conviction in the District of Columbia that had served as an aggravating factor at his capital trial in this Court.

3.    In the District of Columbia ("D.C.") case, Mr. Ebron was convicted of first-degree murder and other offenses and sentenced to an aggregate term of sixty-one years, eight months, to life, on January 11, 1999. His amended motion for post-

conviction relief pursuant to D.C. Code § 23-110—which alleges violations of *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and ineffective assistance of trial and appellate counsel—is pending before the Honorable Kelly A. Higashi. The parties have engaged in substantial voluntary discovery.

4.    Counsel for Mr. Ebron and the Government filed a joint report in this Court explaining the status of the D.C. case in detail on July 29, 2020. ECF No. 22.

5.    On September 14, 2023, the Government filed an opposition to Mr. Ebon's amended § 23-110 motion.

6.    On December 13, 2023, Mr. Ebron filed a reply brief in support of his amended § 23-110 motion.

<div style="margin-left: 40%;">

Respectfully submitted,


/s/Alex Kursman
Alexander Kursman
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org

*Attorney for Joseph Ebron*

</div>

Dated:   October 1, 2024

2

## CERTIFICATE OF SERVICE

I, Alex Kursman, hereby certify that on this date, I caused the foregoing to

be served on the following person by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Alex Kursman
Alex Kursman

Dated:  October 1, 2024