IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON, #08655-007 | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM NO. 1:08CR00036-001 |
| UNITED STATES OF AMERICA | § | |

## **O R D E R**

The above named and referenced cause of action is stayed and administratively closed while Movant Joseph Ebron pursues alleged irregularities in a state court murder conviction in the District of Columbia. The state court murder conviction had served as an aggravating factor at his capital trial in this court. He asserts that if he is successful in overturning this District of Columbia state murder conviction, his sentence in this case could result in a sentence other than death. (Dkt. #6).

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Movant Joseph Ebron in Criminal Action No. 1:08-CR-00036-001 to life imprisonment without the possibility of parole. (Dkt. #37). All other conditions and components of the previous sentence were left intact.

The commutation of Movant's death sentence calls into question the viability of his federal habeas petition pursuant to 28 U.S.C. § 2255. In the Fourth Circuit, a federal prisoner's § 2255 Motion to Vacate was deemed moot because no live case or controversy existed after the commutation of his sentence. *See United States v. Surratt*, 855 F.3d 218 (4th Cir.), *cert. denied*, 583 U.S. 1040 (2017) (dismissing § 2255 appeal because petitioner received a presidential

commutation of his life sentence in which he received the relief he was seeking and more). The Sixth Circuit, however, found that there could be issues which survive beyond a commutation of a sentence. *Dennis v. Terris*, 927 F.3d 955, 959 (6th Cir. 2019), *cert. denied*, 140 S. Ct. 2571 (2020). Movant should be allowed to respond as to whether any live case or controversy still exists in this cause, and specifically which issues in his live federal habeas petition, if any, are not moot. It is

**ORDERED** that the Clerk of Court is directed to reopen this case and return this numbered cause to the court's active docket. It is further

**ORDERED** that Movant Ebron shall file a response within 30 days of this Order stating what specific issues in his live federal habeas petition, if any, present a live case or controversy and are not moot under *Surratt*, 855 F.3d 218. If Movant believes that all issues are moot or is content with the result of the commutation of his sentence, he should file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a). It is further

**ORDERED** that the Government shall file a reply within 21 days of the filing of Movant's response stating its agreement or disagreement with any issue that Movant claims is not moot.

**SIGNED this the 7th day of January, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2