## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

**UNITED STATES OF AMERICA**                     **CIV. NO. 1:14-cv-539**
                                                 **CRIM. NO. 1:08-CR-00036**

**v.**                                           **2255 PROCEEDINGS**

                                                 **HON. CHRISTINE L. STETSON**

**JOSEPH EBRON**

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Joseph Ebron, through undersigned counsel, respectfully requests a ninety-day extension of time to respond to this Court's January 7, 2025, Order (ECF No. 38).  In support thereof, Mr. Ebron asserts the following:

1.      Mr. Ebron was convicted of murder and formally sentenced to death in this Court on May 18, 2009 (Crone, J.).

2.      He moved to vacate the conviction and death sentence pursuant to 28 U.S.C. § 2255 on October 27, 2014 (ECF No. 2). The Court stayed the § 2255 Motion and held it in abeyance (ECF No. 5) to allow him to exhaust state remedies on a murder conviction in the District of Columbia that had served as an aggravating factor at his capital trial in this Court.  The litigation in D.C. remains pending. *See* ECF No. 36.

3. On December 23, 2024, then-President Biden commuted Mr. Ebron's sentence to life imprisonment without the possibility of parole (ECF No. 37).

4. On January 7, 2025 this Court ordered that the case be reopened, and ordered that Mr. Ebron file a response with the Court, within thirty days, stating which issues in his § 2255 petition create a live case or controversy, and that if Mr. Ebron is content with his current sentence, he should file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a) (ECF No. 38 at 2).

5. The response is currently due February 6, 2025.

6. Mr. Ebron respectfully requests a ninety-day extension to file the response. Undersigned counsel believes that it is necessary to communicate with Mr. Ebron about this Court's order before filing a response. Following Mr. Ebron's commutation, the Bureau of Prisons notified Mr. Ebron and counsel that it has begun the process of transferring Mr. Ebron out of the Special Confinement Unit at the United States Penitentiary, Terre Haute. While Mr. Ebron is being transferred, undersigned counsel expects to lose the ability to communicate with him until he reaches his final placement. Thus, out of an abundance of caution, undersigned counsel requests a ninety-day extension to adequately communicate with Mr. Ebron.

7.    Undersigned counsel contacted counsel for the United States of America, who indicated that they do not oppose this motion.

Respectfully submitted,


/s/Alex Kursman
Alexander Kursman
Assistant Federal Defender
Federal Community Defender Office for
   The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org

*Attorney for Joseph Ebron*

Dated:   February 4, 2025.

3

## CERTIFICATE OF SERVICE

I, Alex Kursman, hereby certify that on this date, I caused the foregoing to

be served on the following person by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone: (409) 839-2538
Fax: (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Alex Kursman
Alex Kursman

Dated:  February 4, 2025

## CERTIFICATE OF CONFERENCE

I, Alex Kursman, hereby certify that I have complied with the meet and confer requirements in Local Rule CV-7(h), and that this motion is unopposed.

/s/ Alex Kursman
Alex Kursman

Dated:  February 4, 2025