**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIV. NO. 1:14-CV-539**<br>**CRIM. NO. 1:08-CR-00036** |
| **v.** | **2255 PROCEEDINGS** |
| | **HON. CHRISTINE L. STETSON** |
| **JOSEPH EBRON** | |

**ORDER**

Upon consideration of Petitioner Ebron's Unopposed Motion for Extension of Time, it is hereby ordered that the motion is GRANTED.  Mr. Ebron's response to Court's January 7, 2025 Order, ECF No. 38, shall be filed no later than May 7, 2025. The Government's reply shall be due 21 days after the filing of Mr. Ebron's response.

_____
Hon. Christine L. Stetson