IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| vs. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM. NO. 1:08-cr-00036(01) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the court is Movant Ebron's Unopposed Motion for Extension of Time.   (Doc. #39.) Ebron acknowledges that the court has directed him to file a response as to what claims, if any, remain in his 28 U.S.C. § 2255 motion after the commutation of his death sentence to life without parole.    His response is currently due on or before February 6, 2025.   He seeks a ninety-day extension of time.

Ebron's counsel states that the Bureau of Prisons is moving Ebron from the Special Confinement Unit at the United States Penitentiary, Terre Haute, to a different facility.   Ebron's counsel believes that he will not be able to communicate with Ebron until Ebron's housing transfer is complete.   He requests an extension of time of ninety-days to file his response to the Court's January 7, 2025 Order (Doc. #38.).    While Ebron's motion for extension of time is reasonable, the amount of time requested for an extension is excessive.    It is therefore

**ORDERED** that Movant Ebron's Unopposed Motion to Extension of Time (Doc. #39.) is **GRANTED** in part and **DENIED** in part.    Movant Ebron shall file his Response to the Court's Order on or before March 25, 2025.

**SIGNED this the 7th day of February, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE