# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

| | |
|---|---|
| **JOSEPH EBRON,** §<br>§<br>§<br>*Petitioner,* §<br>§<br>**v.** §<br>§<br>**UNITED STATES OF AMERICA,** §<br>§<br>§<br>*Respondent.* § | **No. 1:14-CV-539**<br>**Crim. No. 1:08-CR-00036** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

Claudia Van Wyk, counsel to Joseph Ebron ("Ebron"), the Petitioner in the above-entitled and numbered civil action, respectfully requests that she be permitted to withdraw as counsel of record for Mr. Ebron. Ms. Van Wyk further requests that she be removed from the list of attorneys receiving CM/ECF notices for the above-entitled and numbered civil action. Petitioner will not suffer unfair prejudice because he will continue to be represented by the other counsel of record. Petitioner and opposing counsel are unopposed to the requested relief.

Dated: February 10, 2024

Respectfully submitted,

/s/ Claudia Van Wyk

**Claudia Van Wyk**
American Civil Liberties Union Foundation
Capital Punishment Project
201 West Main Street
Suite 402
Durham, NC 27701

919-433-8529 (direct)
267-971-6991 (cell)
Email: cvanwyk@aclu.org

*Counsel for Joseph Ebron*

## CERTIFICATE OF CONFERENCE

Alex Kursman, counsel for Petitioner, certifies that he has conferred with Mr. Ebron and confirmed he is not opposed to the withdrawal of Claudia Van Wyk as counsel for Mr. Ebron in this matter.

Date: February 10, 2025                                    /s/ Alex Kursman

## CERTIFICATE OF CONFERENCE

Claudia Van Wyk, counsel for Petitioner, certifies that she has conferred with opposing counsel and confirmed the government is not opposed to her withdrawal as counsel for Mr. Ebron in this matter.

Date: February 10, 2025                                    /s/ Claudia Van Wyk

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.1(e). As such, this document was served on all counsel by delivery of the notice of electronic filing that is automatically generated by ECF. Local Rule CV-5.1(d). Any counsel or parties not yet registered as an ECF user were served with a true and correct copy of the foregoing document by email or as specifically indicated below on June 3, 2022.

Date: February 10, 2025                                    /s/  Claudia Van Wyk

                                                           Claudia Van Wyk