# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIV. NO. 1:14-cv-539**<br>**CRIM. NO. 1:08-CR-00036** |
| **v.** | **2255 PROCEEDINGS** |
| | **HON. CHRISTINE L. STETSON** |
| **JOSEPH EBRON** | |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Assistant Federal Defender Alex Kursman is hereby designated lead counsel for petitioner Joseph Ebron.

Respectfully submitted,

/s/Alex Kursman
Alexander Kursman
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org

*Attorney for Joseph Ebron*

Dated: March 4, 2025.

## CERTIFICATE OF SERVICE

I, Alex Kursman, hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.1(e).  As such, this document was served on all counsel by delivery of the notice of electronic filing that is automatically generated by ECF.  Local Rule CV- 5.1(d).  Any counsel or parties not yet registered as an ECF user were served with a true and correct copy of the foregoing document by email or as specifically indicated below on March 4, 2025.

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Alex Kursman
Alex Kursman

Dated: March 4, 2025