**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JOSEPH EBRON,**<br>*Petitioner*, | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO. 1:14-CV-00539** |
| **UNITED STATES OF AMERICA,**<br>*Respondent*. | §<br>§<br>§ | |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the court is Petitioner Ebron's Unopposed Motion to Withdraw as Counsel for Petitioner. (Doc. #41.) Ebron requests that Ms. Claudia Van Wyk be permitted to withdraw as counsel of record. He volunteers that he will not be prejudiced if Ms. Van Wyk is permitted to withdraw as he will continue to be represented by his other counsel of record. Mr. Alexander Louis Kursman and Ms. Jennifer Louise Chiccarino are the other counsel of record for Ebron. As he has adequate and competent counsel to represent him, Ebron is requesting that Ms. Van Wyk be allowed to withdraw as attorney of record.

In light of all the circumstances, the motion has merit. It is accordingly

**ORDERED** that Petitioner Ebron's Unopposed Motion to Withdraw as Counsel for Petitioner (Doc. #41.) is **GRANTED**. The Clerk of Court is directed to terminate Ms. Claudia Van Wyk as counsel of record for Petitioner Ebron.

**SIGNED this the 25th day of March, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE