IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| | § | |
| V. | § | Civil No. 1:14-CV-539 |
| | § | Criminal No. 1:08-CR-36(01) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S REPLY TO EBRON'S RESPONSE TO ORDER
FOR STATEMENT REGARDING VIABILITY OF CLAIMS**

In accordance with the Court's order directing Movant Joseph Ebron to identify any claims in his Section 2255 motion that present a live case or controversy after the commutation of his sentence, the government files this reply.

Ebron filed a motion to vacate, set aside, or correct sentence under Section 2255 on October 27, 2014.  Trl. Doc. 313; 2255 Doc. 1, 2.  The motion raised eight overall claims, most with multiple sub-claims or underlying theories.  2255 Doc. 2.  Two days later, the Section 2255 proceeding was stayed while Ebron litigated his post-conviction challenge to his 1999 murder conviction in the Superior Court in Washington, D.C.  2255 Doc. 5.  Except for a brief period in 2020, 2255 Doc. 21, the case remained stayed until recently.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Ebron's death sentence to life imprisonment without the possibility of parole.  Trl. Doc. 315; 2255 Doc. 37.  On January 7, 2025, the Court entered an order reopening the case and directing Ebron to respond within 30 days with a statement identifying any claims in his Section 2255 motion that still present a live case or controversy after the commutation of his

Reply to Response Regarding Moot Claims — Page 1

sentence or to file a notice of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims are moot or if Ebron is content with the result of the commutation.  2255 Doc. 38. The Court further directed the government to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot" within 21 days after Ebron's filing.  2255 Doc. 21.

Ebron has now responded to the Court's order.  2255 Doc. 43.  He identifies six claims that he believes remain viable because they, "in whole or part, challenge his criminal convictions in this case."  *Id.* at 2.  After reviewing the response, the government agrees that—to the extent the identified claims challenge Ebron's conviction and not his sentence—they are not moot.

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Reply to Response Regarding Moot Claims — Page 2**

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2025, this document was served by the Court's ECF system on Alexander Louis Kursman and Jennifer Louise Chiccarino, counsel for Ebron.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney