**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **Joseph Ebron, Petitioner** | : |
| | : |
| **v.** | : |
| | :    **Civil Action 1:14-CV-00539** |
| | : |
| | : |
| **United States of America, Respondent** | : |
| | : |

**JOSEPH EBRON'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**OVER-LENGTH MOTION TO VACATE, SET ASIDE,**
**OR CORRECT SENTENCE, PURSUANT TO 28 U.S.C. § 2255.**

Movant, Joseph Ebron, through undersigned counsel, respectfully moves for leave to file a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, in excess of the page limit established by the Local Rules of the Eastern District of Texas, Rule CV-3(b). The government does not oppose this motion. In support thereof, Mr. Ebron states the following:

1. Mr. Ebron is currently serving a sentence of life imprisonment.

2. On May 8, 2009, he was convicted, in this Court, of first-degree murder and conspiracy. This Court imposed death on count one on May 18, 2009.

3. On May 30, 2012, the Court of Appeals for the Fifth Circuit affirmed the conviction and sentence. *United States v. Ebron*, 683 F.3d 105 (5th Cir. 2012). The United States Supreme Court denied certiorari on November 4, 2013. *Ebron v. United States*, 134 S.Ct. 512 (2013). On December 23, 2024, then-President Biden commuted Mr. Ebron's sentence to life imprisonment. Dkt. 37.

4. Pursuant to Rule CV-3(b) of the Local Rules for the Eastern District of Texas, absent leave of court, 28 U.S.C. § 2255 petitions shall not exceed thirty pages in non-death penalty cases.

5.    Mr. Ebron's case is not a typical non-death penalty case.  It included four days of hearings on pre-trial motions; six days of voir dire; nine days of guilt-phase testimony and arguments; and four days of guilt-phase deliberations, including testimony from various jurors. And, following President Biden's commutation, it has resulted in a sentence of life imprisonment – the harshest non-capital sentence possible in the federal system.

6.    Undersigned counsel have uncovered substantial evidence supporting meritorious claims, which warrant an over-length filing that will not exceed fifty-three pages.

7.    On May 19, 2025, undersigned counsel conferred with counsel for the Respondents, Assistant United States Attorney Traci Kenner, who indicated that the Respondents have no objection to this request.

WHEREFORE, Mr. Ebron respectfully requests that this Court grant him permission to file an over-length 28 U.S.C. § 2255 petition, that will not exceed fifty-three pages in length.

Respectfully Submitted,

/s/ Alex Kursman
**Alex Kursman**
**Jennifer Chiccarino**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W- The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
alex_kursman@fd.org
Jennifer_chiccarino@fd.org

Counsel for Defendant Joseph Ebron

## <u>CERTIFICATE OF SERVICE</u>

This will certify that, on today's date, this motion was served upon the United States, AUSA Joseph Batte and Traci Kenner, by filing via CM/ECF.

/s/ Alex Kursman

**Alex Kursman**
**Jennifer Chiccarino**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W- The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
alex_kursman@fd.org
Jennifer_chiccarino@fd.org

Dated: May 28, 2025

## CERTIFICATE OF CONFERENCE

Undersigned counsel hereby certifies that he has complied with the meet and confer requirement in Local Rule CV-7(h).  Respondents have indicated that they do not oppose the instant motion.

/s/ Alex Kursman
**Alex Kursman**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W- The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
alex_kursman@fd.org

Dated: May 28, 2025