**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

**Joseph Ebron, Petitioner**                    :
                                                :
                                                :
                                                :
      **v.**                                    :          **Civil Action 1:14-CV-00539**
                                                :
**United States of America, Respondent**        :
                                                :
                                                :
                                                :

**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE OVERLENGTH MOTION UNDER 28 U.S.C. § 2255**

Joseph Ebron having moved for leave to file an overlength Motion to Vacate, Set Aside or

Correct Sentence Pursuant to 28 U.S.C. § 2255, and the government having indicated that it has

no opposition to the motion, and the Court having considered Mr. Ebron's arguments in support

of his motion, it is hereby ORDERED that:

1.      Mr. Ebron's Motion for Leave to File an Overlength Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is GRANTED; and

2.      Mr. Ebron is hereby GRANTED leave to file a motion pursuant to 28 U.S.C. § 2255 of not more than fifty-three (53) pages, exclusive of tables, certificates, preliminary statements, and the prayer for relief.

**Signed this ___ day of ____, 2025**

_____
Christine L. Stetson
UNITED STATES MAGISTRATE JUDGE