**IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **Joseph Ebron, Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | **Civil Action 1:14-CV-00539** |
| | : | |
| | : | |
| **United States of America, Respondent** | : | |
| | : | |

**JOSEPH EBRON'S UNOPPOSED MOTION TO PLACE
PORTIONS OF APPENDIX TO § 2255 PETITION UNDER SEAL**

Movant, Joseph Ebron, through undersigned counsel, respectfully moves for leave to file the appendix to his § 2255 petition under seal.

1.    Mr. Ebron is filing a petition under 28 U.S.C. § 2255.

2.    Mr. Ebron is filing an appendix in support of that petition.

3.    Some of the documents in the appendix have been previously sealed by this Court. *See United States v. Ebron*, 1:80-cr-36, Dkt 292; 303.

4.    Sealing portions of the appendix is appropriate, pursuant to this Court's Local Rule CV-5(B), because the Court has already granted authorization to seal some of the documents in Mr. Ebron's appendix.

5.    Undersigned counsel does not know the reason for previously sealing the documents, but in the abundance of caution, counsel requests that the documents remain sealed.

6.    Undersigned counsel contacted opposing counsel who indicated that they had no objection to this instant motion.

WHEREFORE, Mr. Ebron respectfully requests that this Court grant him permission to file the appendix to his 28 U.S.C. § 2255 petition under seal.

Respectfully Submitted,

/s/ Alex Kursman
**Alex Kursman**
**Jennifer Chiccarino**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
alex_kursman@fd.org
Jennifer_chiccarino@fd.org

Counsel for Defendant Joseph Ebron

2

## <u>CERTIFICATE OF SERVICE</u>

This will certify that, on today's date, this motion was served upon the United States, AUSA Joseph Batte and Traci Kenner, by filing via CM/ECF.  Pursuant to Local Rule CV-5(7)(D), undersigned counsel emailed a non-redacted version of the appendix to opposing counsel.

/s/ Alex Kursman
**Alex Kursman**
**Jennifer Chiccarino**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
alex_kursman@fd.org
Jennifer_chiccarino@fd.org

Dated: May 28, 2025

## **CERTIFICATE OF CONFERENCE**

Undersigned counsel hereby certifies that he has complied with the meet and confer requirement in Local Rule CV-7(h).  Respondents have indicated that they do not oppose the instant motion.

/s/ Alex Kursman
**Alex Kursman**
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Suite 545W, The Curtis
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
alex_kursman@fd.org

Dated: May 28, 2025