**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **Joseph Ebron, Petitioner** | : | |
| | : | |
| | : | |
| **v.** | : | **Civil Action 1:14-CV-00539** |
| | : | |
| **United States of America, Respondent** | : | |
| | : | |
| | : | |
| | : | |

**ORDER GRANTING UNOPPOSED MOTION**
**TO SEAL PORTIONS OF APPENDIX TO 28 U.S.C. § 2255 PETITION**

Joseph Ebron's Motion to place appendix to § 2255 petition under seal is GRANTED.

Accordingly, the Clerk of Court is directed to seal Ebron's appendix to his § 2255 petition.