IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

JOSEPH EBRON, §
§
*Movant,* §          CIVIL NO. 1:14-cv-539-MAC-CLS
§
v. §
§
UNITED STATES OF AMERICA, §
§
*Respondent.* §

## ORDER

Pending before the court is Movant Joseph Ebron's *Unopposed Motion to Place Portions of Appendix to § 2255 Petition Under Seal*.  (Doc. No. 50.).   Ebron seeks to seal the following documents in his Appendix (Doc. No. 49) attached to his amended Section 2255 Motion to Vacate (Doc. No. 53):

- Exhibit 26 – Defendant Joseph Ebron's Motion for New Trial Based on Newly Discovered Evidence (5/11/12) ....   .......................................... A064

- Exhibit 27 – Memorandum and Order (6/19/12) ............................................. A081

- Exhibit 49 – Jury Questionnaire of Ronald Dunbar (3/23/09).......................... A274

*See also* Doc. No. 51.

The above documents were sealed previously by the court in the underlying criminal trial. *See United States v. Ebron*, Cause No. 1:80-cr-36, Doc. Nos. 292, 303, 305.   Citing Local Rule CV-5(a)(7)(B)(2), he urges that these identified exhibits should remained sealed.

Ebron's motion is reasonable. It is accordingly

1

ORDERED that Ebron's *Unopposed Motion to Place Portions of Appendix to § 2255 Petition Under Seal* (Doc. No. 50.) is **GRANTED**. The Clerk of Court is directed to **SEAL** Exhibit Nos. 26, 27, and 49 in Doc. Nos. 49 and 51.

**SIGNED this the 7th day of July, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE