IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| | § | |
| V. | § | No. 1:14-CV-539 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE**

For the reasons set out below, the government moves for a 30-day extension of time to file a response to Joseph Ebron's amended Section 2255 motion, moving the deadline from September 2, 2025, to October 2, 2025.

**I.  Proceedings**

Ebron filed a motion to vacate, set aside, or correct sentence under Section 2255 on October 27, 2014.  Trl. Doc. 313; 2255 Doc. 1, 2.  The motion raised eight overall claims, most with multiple sub-claims or underlying theories.  2255 Doc. 2.  Two days later, the Section 2255 proceeding was stayed while Ebron litigated a post-conviction challenge to his 1999 murder conviction in the Superior Court in Washington, D.C.  2255 Doc. 5.  Except for a brief period in 2020, 2255 Doc. 21, the case remained stayed until recently.

On December 23, 2024, Ebron's death sentence was commuted to life imprisonment without the possibility of parole.  Trl. Doc. 315; 2255 Doc. 37.  On January 7, 2025, the Court ordered Ebron to identify any claims in his Section 2255 motion that present a live case or controversy after the commutation of his sentence.  2255 Doc. 38.

**Motion for Extension, Page 1**

Ebron responded to the Court's order, identifying six claims that he believes remain viable, alleging that they, "in whole or part, challenge his criminal convictions in this case." 2255 Doc. 43 at 2.  On March 27, 2025, the Court ordered Ebron to file an amended Section 2255 motion by May 28, 2025.  2255 Doc. 45.  The order instructed the government to file a response to the amended motion within 90 days after Ebron filed his motion.  2255 Doc. 45.  Ebron filed the amended Section 2255 motion on May 28, but on June 2, 2025, the Court ordered him to reduce the number of pages and set a deadline of July 2, 2025, for the edited filing.  2255 Doc. 52.  The order instructed the government to file a response to the edited amended motion within 60 days after Ebron's filing.  2255 Doc. 52.  Ebron filed his edited amended Section 2255 motion on July 2, 2025.  2255 ECF Doc. 53.  Therefore, the government's response is due September 2, 2025.  For the reasons stated below, the government respectfully moves for a 30-day extension in which to file the response.

## II.  Grounds for Motion

In addition to the response in this case, which is an initial response for the government, Counsel to whom this response is assigned has a brief due in the Fifth Circuit on August 25, 2005, for the direct appeal in *United States v. Erik Jackson*, No. 25-40081.  On August 27, 2025, counsel has an initial response due to a Section 2255 motion filed in a capital case, *Christopher Emory Cramer v. United States*, No. 1:23-CV-355.  On August 18, 2025, the Fifth Circuit ordered counsel to respond to a petition for rehearing en banc in *United States v. Jermon Rodriguez Clark*, No. 24-40830.  The due date for that response is August 28, 2025.  Also on August 28, counsel has a response due

**Motion for Extension, Page 2**

to an amended Section 2255 filed in another capital case, *Shannon Wayne Agofsky v. United States*, No. 1:07-CV-511.

Although counsel has been working diligently and should be able to file the first three items listed above by their due dates, it is not possible to file all five in this time frame. Nevertheless, counsel handled the direct appeal for this case, and that familiarity should make drafting the government's response more efficient than if it were reassigned. Thus, counsel moves for an extension in this case.

### III.  Certificate of Conference

The undersigned conferred by email with Alex Kursman, counsel for Ebron, on August 14, 2025, and he does not oppose the requested extension.

### IV.  Conclusion

For the reasons stated above, the United States respectfully requests a 30-day extension of time in which to file a response to Ebron's amended Section 2255 motion, to and including October 2, 2025.

Respectfully submitted,

Jay R. Combs
Acting United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

**Motion for Extension, Page 3**

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on August 18, 2025, this document was served by the Court's ECF system on Alex Kursman, counsel for Ebron.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Motion for Extension, Page 4**