IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| vs. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM. NO. 1:08-cr-00036(01) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the court is the Government's Unopposed Motion to Extend Time to File Response (Doc. #55.) to Movant's amended § 2255 motion (Doc. #53.).   In support of the motion, the Government's counsel explains that because of appellate filings for the Fifth Circuit and briefing due in other federal cases, the Government is not able to reach the response for this case on or before September 2, 2025.   The Government is requesting an additional 30 days, up to and including October 2, 2025, to file its answer or response to the amended § 2255 motion.   The request is reasonable.   Further extensions of time will not be viewed favorably.   It is therefore

**ORDERED** that the Government's Unopposed Motion to Extend Time to File Response (Doc. #55.) is **GRANTED**.   The Government is directed to file the answer or response on or before October 2, 2025.

**SIGNED this the 19th day of August, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE