IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| vs. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM. NO. 1:08-cr-00036(01) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the court is the Government's Unopposed Second Motion to Extend Time to File Response (Doc. #57.) to Movant's amended § 2255 motion (Doc. #53.).   In support of the motion, the Government's counsel explains that because of appellate filings for the Fifth Circuit and briefing due in other federal cases, and the health issues and appointments for herself and her 91-year-old mother, the Government's counsel is not able to file the response for this case on or before October 2, 2025.   The Government is requesting an additional 45 days, up to and including November 16, 2025, to file its answer or response to the amended § 2255 motion.   The court notes that November 16, 2025 falls on a Sunday.   The request is reasonable.   No further extensions will be granted.    It is therefore

**ORDERED** that the Government's Unopposed Second Motion to Extend Time to File Response (Doc. #57.) is **GRANTED**.   The Government is directed to file the answer or response on or before November 17, 2025.

**SIGNED this the 2nd day of October, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE