# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIV. NO. 1:14-cv-539**<br>**CRIM. NO. 1:08-CR-00036** |
| **v.** | **2255 PROCEEDINGS** |
| | **HON. CHRISTINE L. STETSON** |
| **JOSEPH EBRON** | |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Assistant Federal Defender Eric Motylinski is hereby designated lead counsel for petitioner Joseph Ebron.

Respectfully submitted,

/s/Eric Motylinski
Eric Motylinski
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Eric_Motylinski@fd.org

*Attorney for Joseph Ebron*

Dated: Oct. 31, 2025

## CERTIFICATE OF SERVICE

I, Eric Motylinski, hereby certify that on this date, I caused the foregoing to be served on the following counsel by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Eric Motylinski
Eric Motylinski

Dated: Oct. 31, 2025