# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOSEPH EBRON,** | : | **CIV. NO. 1:14-cv-539** |
| | : | |
| **v.** | : | **CRIM. NO. 1:08-CR-00036** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER

Alex Kursman, counsel to Joseph Ebron, the Petitioner in the above-entitled and numbered civil action, respectfully requests that he be permitted to withdraw as counsel of record for Mr. Ebron. Mr. Kursman further requests that he be removed from the list of attorneys receiving CM/ECF notices for the above-entitled and numbered civil action. Petitioner will not suffer unfair prejudice because he will continue to be represented by other counsel of record.

/s/ ALEXANDER L. KURSMAN
ALEXANDER L. KURSMAN
Assistant Federal Defender
Federal Community Defender Office for
  The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org

Dated:  November 4, 2025

**CERTIFICATE OF CONFERENCE**

I, Alexander L. Kursman, hereby certify that I conferred Mr. Ebron and confirmed he is not opposed to my withdrawal as counsel.

/s/ Alexander L. Kursman

**CERTIFICATE OF CONFERENCE**

I, Alexander L. Kursman, hereby certify that I conferred with opposing counsel and confirmed that the government is not opposed to my withdrawal as counsel for Mr. Ebron in this matter.

/s/ Alexander L. Kursman

**CERTIFICATE OF SERVICE**

I, Alexander L. Kursman, hereby certify that on this date, I caused the

foregoing to be served on the following counsel by ECF:

Joseph Robert Batte
U.S. Attorney's Office – Beaumont
350 Magnolia, Suite 150
Beaumont, TX  77701
Phone:  (409) 839-2538
Fax:  (409) 839-2550
joe.batte@usdoj.gov

Traci Lynne Kenner
U.S. Attorney's Office
110 N College, Suite 700
Tyler, TX 75702
(903) 590-1400
traci.kenner@usdoj.gov

/s/ Alexander L. Kursman
Alexander L. Kursman

Dated: November 4, 2025