IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| | § | Civil No. 1:14-CV-539 |
| V. | § | Criminal No. 1:08-CR-36 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

The government moves to exceed the page limit set out in Local Rule CV-3(b) for

responsive pleadings to motions filed under 28 U.S.C. § 2255 in non-death penalty cases.

## I.  Proceedings

Ebron filed a Section 2255 motion on October 27, 2014, 2255 ECF Doc. 1, but the

proceedings were stayed while he challenged his prior murder conviction in the Superior

Court in Washington, D.C., 2255 ECF Docs. 6-7, 21-36.  On December 23, 2024,

Ebron's death sentence was commuted to life imprisonment without the possibility of

parole.  Crim. Doc. 315; 2255 ECF Doc. 37.  The Court then ordered Ebron to identify

any claims in his Section 2255 motion that still present a live case or controversy.  2255

ECF Doc. 38.  Ebron identified five claims, alleging that they challenged his criminal

conviction.  2255 ECF Doc. 43 at 2.  On March 27, 2025, the Court ordered Ebron to file

an amended Section 2255 motion by May 28.  2255 ECF Doc. 45.  Ebron filed the

amended Section 2255 motion on May 28, but the Court ordered him to reduce the

number of pages to no more than 45 and set a deadline of July 2, 2025, for the edited

filing.  2255 ECF Doc. 52.  Ebron filed his edited amended Section 2255 motion on July

**Motion to Exceed Page Limit - Page 1**

2, 2025, raising five claims with multiple allegations.  The motion had 45 countable pages.

The government's response to Ebron's amended motion is complete and has 42 countable pages.  Therefore, the government moves for permission to exceed the page limit.

## II.  Grounds for Motion

Under Local Rule CV-3(b), "[a]bsent leave of court, … 28 U.S.C. § 2255 motions and the initial responsive pleadings thereto[] shall not exceed shall not exceed thirty pages in non-death penalty cases … excluding attachments."  The government has diligently edited its response to Ebron's motion, but it cannot adequately respond to his claims in thirty pages.  Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-3(b).  The government assures the Court that its response will not exceed 42 pages, excluding certificates.

## III.  Certificate of Conference

The undersigned conferred by email with Jennifer Chiccarino, counsel for Ebron, on December 16, 2025.  She does not oppose this motion.

## IV.  Conclusion

The government moves for leave to file a response to Ebron's amended Section 2255 motion that does not exceed 42 pages, excluding certificates.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY
Eastern District of Texas

**Motion to Exceed Page Limit - Page 2**

JOSEPH R. BATTE
ASSISTANT UNITED STATES ATTORNEY

/s/ Traci L. Kenner
TRACI L. KENNER
ASSISTANT UNITED STATES ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on December 17, 2025, this document was served by the Court's ECF

system on Alex Kursman and Jennifer Chiccarino, counsel for Ebron.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Motion to Exceed Page Limit - Page 3**