IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| | § | Civil No. 1:14-CV-539 |
| V. | § | Criminal No. 1:08-CR-36 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

The government has moved to exceed the page limit set out in Local Rule CV-3(b) for responsive pleadings to motions filed under 28 U.S.C. § 2255 in non-death penalty cases. Movant Joseph Ebron does not oppose.

After considering the motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Unopposed Motion To Exceed Page Limit is GRANTED. It is further ORDERED that the Government's Response to Ebron's amended Section 2255 motion may not exceed 42 pages, excluding certificates.

**Order Granting Motion for Excess Pages—Page 1**