IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| | § | Civil No. 1:14-CV-539 |
| V. | § | Criminal No. 1:08-CR-36 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

Joseph Ebron has filed an amended motion for relief under 28 U.S.C. § 2255 and the government has responded.

After considering the motion, the Court is of the opinion that the motion should be denied. It is, therefore,

ORDERED that Joseph Ebron's Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is DENIED.