**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CIVIL NO. 1:14-CV-00539** |
| **v.** | : | **(CRIMINAL NO. 1:08-CR-36)** |
| | : | |
| **JOSEPH EBRON, Defendant.** | : | |

**<u>DEFENDANT JOSEPH EBRON'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE REPLY</u>**

For the reasons set out below, Joseph Ebron moves for a forty-five-day extension of time—until February 2, 2026—to file a reply in support of his amended § 2255 motion.

This Court ordered that, after Mr. Ebron filed his amended § 2255 motion, the government would file its response within sixty days. Dkt. No. 52. The government sought, and this Court granted, unopposed extensions of thirty and forty-five days. Dkt. Nos. 55–58. After the government shut down, the Court further extended the government's deadline "for a period of time commensurate with the duration of the lapse in appropriations." Dkt. No. 59. The government filed its response on December 17, 2025. Dkt. No. 64.

These proceedings are formerly capital, and they are factually and legally complex. Both the motion and the government's response required this Court's leave to be overlength. A professionally appropriate reply by Mr. Ebron will require more time to prepare than the seven days (until December 24, 2025) that Local Rule CV-7(f) allows. Additionally, undersigned counsel is in the midst of work travel this week and is scheduled to be on leave all next week around the holiday.

Undersigned counsel conferred by email with counsel for the government, Traci L. Kenner.

She is unopposed to this request for an extra forty-five days' time in which to file a reply.

WHEREFORE, Mr. Ebron respectfully requests that this Court grant this unopposed motion

to extend time to file reply.

Respectfully Submitted,

/s/ Eric Motylinski
Eric Motylinski
Jennifer Chiccarino
Assistant Federal Defenders
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street—The Curtis
Suite 545
Philadelphia, PA 19106
(215) 928-0520
eric_motylinski@fd.org
jennifer_chiccarino@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2025, I electronically filed the foregoing motion using the Court's CM/ECF system. Electronic notice will be provided to the following individuals:

**Joseph R. Batte**
Assistant United States Attorney
United States Attorney's Office
  for the Eastern District of Texas
350 Magnolia St.
Suite 150
Beaumont, TX 77701

**Traci Kenner**
Assistant United States Attorney
United States Attorney's Office
  for the Eastern District of Texas
350 Magnolia St.
Suite 150
Beaumont, TX 7770

/s/ Eric Motylinski
Eric Motylinski