**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CIVIL NO. 1:14-CV-00539** |
| **v.** | : | **(CRIMINAL NO. 1:08-CR-36)** |
| | : | |
| **JOSEPH EBRON, Defendant.** | : | |

**ORDER**

Mr. Ebron has moved for a forty-five-day extension of time, to and including February 2, 2026, in which to file a reply in support of his amended § 2255 motion. The motion is not opposed.

After considering the motion, the Court is of the opinion that the motion is well taken.

It is, therefore, ORDERED that Mr. Ebron's Unopposed Motion to Extend Time to File Reply is GRANTED.

It is further ORDERED that Mr. Ebron file a reply in support of his amended § 2255 motion no later than February 2, 2026.