IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH EBRON | § | |
| v. | § | CIVIL ACTION NO. 1:14cv539 |
| | | CRIM. NO. 1:08-CR-00036 |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

Pending before the court is the Government's Unopposed Motion to Exceed Page Limit (Doc. #63.). The Government is seeking permission to file it Response in accordance with Local Rule CV-3(b). Its proposed responsive pleading is approximately 42 pages, excluding the cover sheet, tables, certificates and exhibits. Movant was permitted to file an Amended Motion to Vacate that is 45 pages long, excluding the cover sheet, tables, certificates and exhibits. The Government's motion is reasonable. It is therefore

**ORDERED** that the Government's Unopposed Motion to Exceed Page Limit (Doc. #63.) is **GRANTED**. The Government's proposed responsive pleading shall not exceed 42 pages, excluding the cover sheet, tables, certificates and exhibits. The parties are advised that they should conform any replies or sur-replies to the page limits set forth in the local rules.

**SIGNED this the 22nd day of December, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE