# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOSEPH EBRON,** *Petitioner,* | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 1:14-CV-00539** |
| **UNITED STATES OF AMERICA,** *Respondent.* | § § § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the court is Petitioner Ebron's Unopposed Motion to Withdraw as Counsel for Petitioner. (Doc. #62.). Ebron requests that Mr. Alexander L. Kursman be permitted to withdraw as counsel of record. He contends that he will not be prejudiced if Mr. Kursman is permitted to withdraw as he will continue to be represented by his other counsel of record. Mr. Eric Motylinski is the other counsel of record for Ebron. As he has adequate and competent counsel to represent him, Ebron is requesting that Mr. Kursman be allowed to withdraw as attorney of record.

In light of all the circumstances, the motion has merit. It is accordingly

**ORDERED** that Petitioner Ebron's Unopposed Motion to Withdraw as Counsel for Petitioner (doc. #62.) is **GRANTED**. The Clerk of Court is directed to terminate Mr. Alexander L. Kursman as counsel of record for Petitioner Ebron.

**SIGNED this the 29th day of December, 2025.**

_____

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE