### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **JOSEPH EBRON,** *Petitioner*, | §§§§ | |
| **v.** | §§ | **CIVIL ACTION NO. 1:14-CV-00539** |
| **UNITED STATES OF AMERICA,** *Respondent*. | §§§§ | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the court is Petitioner Ebron's Unopposed Motion to Extend Time to File Reply. (Doc. #65.).  He seeks to file a Reply to the Government's Response (Doc. #64.) to Petitioner's Amended Motion to Vacate.  (Doc. #53.).  Petitioner's Reply is currently due on December 29, 2025. (*See* Local Rule CV-7(f).). Petitioner seeks a forty-five-day extension of time to file his Reply. The motion is reasonable; however, the amount of time requested is excessive. It is accordingly

**ORDERED** that the Unopposed Motion for Extension of Time to File Reply (Doc. #65.) to Government's Response to the Amended Motion to Vacate is **GRANTED**. Petitioner's Reply will be due on or before January 20, 2026.

**SIGNED this the 29th day of December, 2025.**

_____

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE